**ORIGINAL**

FILED

10 JUL 27 AM 12: 04

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY

1  **AKERMAN SENTERFITT LLP**
   JUSTIN D. BALSER (CA SBN 213478)
2  Email: justin.balser@akerman.com
   DONALD M. SCOTTEN (CA SBN 190532)
3  Email: donald.scotten@akerman.com
   725 South Figueroa Street, 38th Floor
4  Los Angeles, California 90017-5433
   Telephone: (213) 688-9500
5  Facsimile: (213) 627-6342

6  **AKERMAN SENTERFITT LLP**
   JUSTIN D. BALSER (CA SBN 213478)
7  Email: justin.balser@akerman.com
   The Kittredge Building
8  511 Sixteenth Street, Suite 420
   Denver, Colorado 80202
9  Telephone: (303) 260-7712
   Facsimile: (303) 260-7714

10

11 Attorneys for Plaintiffs
   AURORA LOAN SERVICES LLC and LEHMAN BROTHERS BANK, FSB n/k/a
12 AURORA BANK FSB

13               UNITED STATES DISTRICT COURT

14              SOUTHERN DISTRICT OF CALIFORNIA

15 AURORA LOAN SERVICES LLC;          Case No. **10 CV 1555   JLS BLM**
   LEHMAN BROTHERS BANK, FSB
16 n/k/a AURORA BANK FSB,

17          Plaintiffs,               **COMPLAINT**

18 v.

19 DENNIS RANDALL GRAY,

20          Defendant.

21

22       Plaintiffs Aurora Loan Services LLC (**Aurora**) and Lehman Brother Bank, FSB

23 n/k/a Aurora Bank FSB (**Aurora Bank**), for their complaint against defendant Dennis

24 Randall Gray (**Gray**), hereby state as follows:

25                        **THE PARTIES**

26       1.    Plaintiff Aurora is a Delaware limited liability company with its principal

27 place of business in Littleton, Colorado.  Aurora is engaged in the business of mortgage

28 loan servicing.  Aurora is not a citizen of California.

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL. (213) 688-9500 – FAX. (213) 627-6342

{DN026152;1}                          1

2.     Plaintiff Aurora Bank is a federal savings bank with its principal place of business in Wilmington, Delaware.  Aurora Bank is not a citizen of California.

3.     Defendant Gray is natural person.  Upon information and belief, Gray is a citizen of California.  He resides at 711 Mission Avenue, #333, Oceanside, California 92054.

## JURISDICTION AND VENUE

4.     This Court has jurisdiction over the subject matter pursuant to 28 U.S.C. §§ 1332(a) and 1332(c).  The matter in controversy is between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5.     Venue is proper in this district pursuant to 28 U.S.C. § 1391(a) because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

## SUMMARY OF CASE

6.     Since 2008, defendant Gray has been harassing Aurora and Aurora Bank with numerous letters and other bogus documents he keeps sending, filing with the California Secretary of State, and recording in the public records of San Diego County. He claims the letters and other documents establish a $3,464,000 "debt" that Aurora and Aurora Bank (among others) owe him after a property he claimed an interest in was sold in foreclosure.[1]  He claims the "debt" was created when Aurora, Aurora Bank, and/or their counsel did not sufficiently refute the various bogus documents he had sent.  Neither Aurora nor Aurora Bank owe Gray any debt.

## FACTUAL ALLEGATIONS

7.     On April 6, 2008, Gray filed a UCC financing statement with the California Secretary of State as document number 16454380002, and under filing

---

[1] Gray's interest in the property is unclear.  By a Quitclaim Deed dated November 14, 2008, the property's owner at the time of the foreclosure sale, Maria Metcalf, appears to have deeded 50% of the property to him.  This, however, was *after* the foreclosure sale and after Ms. Metcalf no longer had any interest in the property herself.

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL: (213) 688-9500 – FAX: (213) 627-6342

{DN026152;1}                    2

1     number 08-7153038742 (attached hereto as **Exhibit 1**).   Among other things, this

2     financing statement purported to cover undefined "flotsam/jetsam."

3         8.     On June 25, 2008, Gray filed an unauthorized UCC financing statement

4     amendment as document number 17471600002, and under filing number 08-71629790

5     (attached hereto as **Exhibit 2**).   This document added Aurora and Aurora Bank as lien

6     debtors to the financing statement Gray filed on April 6, 2008.

7         9.     On July 2, 2008, Gray recorded copies of both the April 6, 2008 UCC

8     financing statement and the June 25, 2008 UCC financing statement amendment in the

9     San Diego County Recorder's Office as document Number 2008-0356137 (attached

10    hereto as **Exhibit 3**).

11        10.    On August 4, 2008, Gray filed another unauthorized UCC financing

12    statement as document number 17939220002, and under filing number 08-7167732001

13    (attached hereto as **Exhibit 4**).   This document purported to evidence a "debt" owed to

14    Gray by Aurora and Aurora Bank (among others) in the amount of $3,464,000.

15        11.    The August 4, 2008 financing statement (which, among other things,

16    included Gray's birth certificate) purported to grant Gray a security interest in his own

17    personal property and reaffirmed his interest in undefined "flotsam/jetsam."   The

18    document also purported to substantiate the $3,464,000 "debt" with the following

19    bogus documents Gray himself created and sent:

20             a.     A "Request for Validation and Verification of Alleged Debt" dated

21                   December 17, 2007 (attached hereto as **Exhibit 5**).   This letter,

22                   which Gray sent to non-party Robert Weiss, stated that Weiss's

23                   failure to respond would invalidate any debt Gray owed to him or to

24                   anyone else.

25

26

27

28

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL: (213) 688-9500 - FAX: (213) 627-6342

b.  A "Notice of Fault and Opportunity to Cure" dated January 15, 2008[2] (attached hereto as **Exhibit 6**).  This letter explained Gray had previously sent an "Affidavit of Obligation Commercial Lien" dated December 28, 2007, to, among others, Aurora, and that Aurora's failure to respond entitled him to "establish an affidavit of default ... pursuant to and relative to UCC, State Statute and otherwise."

c.  A "Due Presentment Under Notary Seal Settlement" dated June 30, 2008 (attached hereto as **Exhibit 7**).  This document explained that the "lien debtors" had 10 days to deny that they owed Gray $3,464,000 for certain "labor and capital" he had contributed to the property located at 954 Surrey Drive, Bonita, California 91902, before it was sold in foreclosure on February 22, 2008.

12.  On April 27, 2009, Gray recorded a copy of a UCC financing statement amendment in the San Diego County Recorder's Office as document number 2009-0217091 (attached hereto as **Exhibit 8**).  The April 27 recorded document again purported to evidence a debt owed to Gray by Aurora and Aurora Bank (among others).  Neither Aurora nor Aurora Bank owe, or owed at the time, a debt to Gray, nor did they authorize any such filing or recording.  Upon information and belief, the alleged "debtors" were selected based on their involvement in the February 22, 2008 foreclosure sale of the property, which Gray appears to have claimed an interest in before (or after) it was sold.

13.  The April 27, 2009 financing statement and the associated "debt" were purportedly based on the following additional letters and other bogus documents Gray created and sent in 2009:

---

[2]  Similar forms may be found at websites such as http://www.real-debt-elimination.com and http://www.freewebs.com/debtfreesovereign.  The latter website advertises a method by which subscribers can "owe no one anything."

{DN026152;1}                                                        4

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL. (213) 688-9500 – FAX: (213) 627-6342

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL: (213) 688-9500 – FAX: (213) 627-6342

a.    A "Notice of Default in Dishonor" dated April 10, 2009 (attached hereto as **Exhibit 9**).  The letter explains the "lender" was obligated to dispute Gray's "presentment" within 20 days and by failing to do so "is deemed to be in bad faith, violation of public trust, bond, and/or ministerial duty to do that which is right."  As a penalty, Gray informed the "debtors" they would need to quitclaim the property to him.

b.    A "Claim of Lien" dated April 24, 2009 (attached hereto as **Exhibit 10**).  This document claims a "default and breach of contract under commercial law" against, among others, Aurora and Aurora Bank.  The document again claims Aurora and Aurora Bank failed to provide "a point-for-point" rebuttal to Gray's "Notice of Fault and Opportunity to Cure" and therefore accepted all of the allegations therein, including the terms of the alleged debt owed to Gray.

c.    A document titled "For Certificate of Dishonor" dated April 24, 2009.  (attached hereto as **Exhibit 11**).  The document, which is notarized, purports to attest that Gray has not received a response to his various letters claiming the "debt."

d.    A "Notice of Default and Entry for Default Judgment" dated April 24, 2009 (attached hereto as **Exhibit 12**).  Once again, the document claims Aurora and Aurora Bank, by failing to respond to Gray's letters, "fully agreed to all of the terms and conditions of the contract" and "have confessed to … felonies."

e.    A "Declaration by Affidavit of Notary Public" dated April 24, 2009 (attached hereto as **Exhibit 13**).  This document purports to verify the "authenticity" of Gray's various claims.

f.    A document titled "For the Notice of the Substitution of the Trustee" dated April 24, 2009 (attached hereto as **Exhibit 14**).  The document claims Gray has "Properly-Commenced and Concluded of Perfected

{DN026152;1}

**COMPLAINT**

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL: (213) 688-9500 – FAX: (213) 627-6342

Security interest" against Aurora and Aurora Bank, and offers Timothy Geithner an opportunity to intervene in the matter if he should so choose.

g.   A document titled "For the Substitution of the Trustee" dated April 24, 2009, by which Gray purports to appoint Carol B. Cruz as the "Successor in the Chapter 7-Trustee" (attached hereto as **Exhibit 15**). Aurora and Aurora Bank are unable to discern the purpose or meaning of this document.[3]

14.   On or about November 16, 2009, Aurora, through its counsel, wrote to Gray demanding that he withdraw any and all UCC financing statements or financing statement amendments based on any "debt" allegedly owed to him by Aurora or Aurora Bank, as neither Aurora nor Aurora Bank are or were debtors to Gray.

15.   Gray responded by letter dated November 26, 2009, asking for 60 days to do additional "research."

16.   On or about December 7, 2009, Gray again responded to Aurora's November 26, 2009 letter, this time by sending a "Notice of Default" and yet again informing Aurora and Aurora Bank (among others) that a $3,464,000 lien had been imposed on them.

17.   On or about January 15, 2010, Gray also sent a letter to Aurora's counsel agreeing to voluntarily withdraw the UCC financing statement and financing statement amendment, but only if counsel "proved" certain things.  Among other things, Gray asked counsel to "prove" that:  (i) Aurora has a valid contract with their attorneys, Akerman Senterfitt LLP; (ii) Akerman Senterfitt has a "bond" with a State of California bonding company; and (iii) Akerman "has an interest in [Gray's] private affairs."  The

---

[3] According to the mailing list Gray attached to the recorded UCC financing statement amendment, he sent copies of all the April 24, 2009 documents to, among others, Eric Holder, Ray LaHood, Hillary Clinton, Arnold Schwarzenegger, Timothy Geithner, Barack "Obame [sic]", Doug Hoelsher, and Mark Sullivan, the head of the Secret Service.

{DN026152;1}                                    6

1  letter concluded by stating that counsel is now liable to Gray in the amount of $50,000

2  for "interference in to [sic] [Gray's] affairs."

3       18.    The UCC financing statements and financing statement amendments Gray

4  recorded and filed had no legitimate purpose.  More than 20 days have passed since

5  Aurora and Aurora Bank demanded that these documents be withdrawn.  Upon

6  information and belief, as well as Aurora and Aurora Bank's search of public records,

7  Gray has recorded no notice of withdrawal or filed any termination notice with the

8  California Secretary of State with respect to the documents he filed.

9  **FIRST CAUSE OF ACTION**

10  **(Unauthorized Filing of UCC Financing Statements)**

11       19.    Plaintiffs restate and reallege paragraphs 1 through 18 herein.

12       20.    Plaintiffs are not debtors to Gray under the UCC and did not authorize any

13  UCC filings.

14       21.    Pursuant to California *Commercial Code* § 9509, a person cannot file a

15  UCC financing statement not relating to an agricultural lien unless the debtor

16  authorizes such a filing by binding itself to a security agreement or by acquiring

17  collateral securing such an agreement.

18       22.    Aurora and Aurora Bank never agreed to be bound by any security

19  agreement in Gray's favor, nor, upon information and belief, have they acquired any

20  collateral securing any such agreement in Gray's favor.

21       23.    No judicially-recognized judgment exists in favor of Gray and against

22  Aurora or Aurora Bank.

23       24.    Gray was not authorized to file any UCC financing statements or

24  financing statement amendments under California *Commercial Code* § 9509.

25       25.    Gray's filing of the (i) UCC financing statement amendment filed as

26  document number 17471600002, and under filing number 08-71629790, and (ii) UCC

27  financing statement filed as document number 17939220002, and under filing number

28  08-7167732001, violated California *Commercial Code* § 9509.

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

{DN026152;1}       7

26.     There is no adequate non-judicial remedy for Aurora and Aurora Bank to remove these filings from the public record or to prevent Gray from filing more bogus documents with the California Secretary of State.  While California *Commercial Code* § 9518 allows a party to file a correction statement if it feels a financing statement or financing statement amendment was filed in error, pursuant to section 9518(c), "the filing of a correction statement does not affect the effectiveness of an initial financing statement or other filed record."

27.     Pursuant to California *Commercial Code* § 9625, an alleged debtor has the right to obtain a judicial order (i) vacating an improper filing by a party who filed a UCC statement but was not entitled to do so under section 9509; and (ii) awarding statutory and actual damages.

## SECOND CAUSE OF ACTION

### (Improper Recording)

28.     Plaintiffs restate and reallege paragraphs 1 through 27 herein.

29.     Like the financing statements Gray filed with the California Secretary of State, the documents he recorded in the public records of San Diego County relating to the $3,464,000 "debt" have no legitimate basis.

30.     Both the (i) financing statement amendment recorded in the San Diego County Recorder's Office as document number 2008-0356137 and the (ii) financing statement amendment recorded in the San Diego County Recorder's Office as document number 2009-0217091 are baseless, improper, and should be expunged.

**WHEREFORE**, plaintiffs pray that this Court:

1.     Enter a declaratory judgment that the (i) UCC financing statement amendment filed as document number 17471600002, and under filing number 08-71629790, and (ii) UCC financing statement filed as document number 17939220002, and under filing number 08-7167732001, were improperly filed and violated California *Commercial Code* § 9509.

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL. (213) 688-9500 – FAX (213) 627-6342

2.     Order the California Secretary of State to withdraw the improperly-filed (i) UCC financing statement amendment filed as document number 17471600002, and under filing number 08-71629790, and (ii) UCC financing statement filed as document number 17939220002, and under filing number 08-7167732001.

3.     Award Plaintiffs statutory damages in the amount of $500 against Gray for every violation of California *Commercial Code* § 9509.

4.     Order the (i) financing statement amendment recorded in the San Diego County Recorder's Office as document number 2008-0356137, and the (ii) financing statement amendment recorded in the San Diego County Recorder's Office as document number 2009-0217091, to be expunged from the public record.

5.     Permanently enjoin Gray from filing with the California Secretary of State or recording in the public records any further UCC financing statements, financing amendments, or any other fraudulent documents concerning:  (a) Aurora; (b) Aurora Bank; (c) any of Aurora or Aurora Bank's employees or agents; or (d) Aurora's counsel, Akerman Senterfitt LLP, or any of its shareholders or employees, absent a prior order from this Court.

5.     Award plaintiffs their reasonable attorneys' fees and costs as allowed by law.

6.     Award such other relief as the Court deems just and equitable.

Dated: July 26, 2010                    Respectfully submitted,

                                        **AKERMAN SENTERFITT LLP**

                                        By: _____
                                            Justin D. Balser
                                            Attorneys for Plaintiffs
                                            AURORA LOAN SERVICES LLC and
                                            LEHMAN BROTHERS BANK, FSB
                                            n/k/a AURORA BANK FSB

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL. (213) 688-9500 • FAX (213) 627-6342

{DN026152;1}                    9

**COMPLAINT**

## UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Dennis Gray
619-399-1066

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Dennis Randall Gray
P.O. Box 744
Bonita, Ca 91908
USA

DOCUMENT NUMBER: 16454380002
FILING NUMBER: 08-7153038742
FILING DATE: 04/06/2008 15:37
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Gray | Dennis | Randall | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. Box 744 | Bonita | Ca | 91908 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any ☐NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any ☐NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Gray | Dennis | R | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. Box 744 | Bonita | Ca | 91908 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**
Bailee herein is entrusted with limited authorization by Bailor herein named, for use and possession of pre-paid pool (exemption) account known as SS # 223607053, capable of set-off of public debts, in credits or monetary units of the country where the debt is originated, for pre-paid property (real included), goods and/or services, entrusted to the transmitting utility for the exchange, dollar for dollar (unit), for carrying out the directives of the creditor (Bailor) in the original jurisdiction, to satisfy the needs of the said creditor, in accordance with (1) Public Policy House Joint resolution 192, June 5, 1933, Public Law 73-10; (2) The Supercedeas Bond for the beneficiary/bailor; (3) the delegation from the Attorney General to the Secretary of Treasury (either Washington D.C. or Puerto Rico) or Alien Property Custodian and the functions of the (presumed abolished) Contract Settlement Office associated with alien property. beneficiary/bailor to break the presumption that the property was intended for escheat to the State, as evidenced by the Unclaimed Property form on record with the District of Columbia to which the property may have been delivered as

**5. ALT DESIGNATION:** ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☑BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) In the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] ☐All Debtors ☐Debtor 1 ☐Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
Nevada UCC filing #2007016564-8

FILING OFFICE COPY

Page 2

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME<br>Gray | FIRST NAME<br>Dennis | MIDDLE NAME, SUFFIX<br>Randall |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 16454380002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 11c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, If any<br>☐ NONE |

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - Insert only one name (12a or 12b)**

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16. Additional collateral description:**

flotsam/jetsam (abandoned because of mis-filing), regardless of whether the debt contract is deemed a war contract or not. See optional reference filing data below. TRANSMITTING UTILITY BOX INTENDED FOR CHECK-MARKING on behalf of bailee/Secured Party, for the purpose of insuring that all of the assets created by the grantor-in-fact are transmitted to the beneficiary of the Public trust...ie, the government authorized by the people.

**15.** Name and address of RECORD OWNER of above-described real estate
(if Debtor does not have a record interest):

**17.** Check **only** if applicable and check **only** one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check **only** if applicable and check **only** one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
619-399-1066

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
DENNIS RANDALL GRAY
P O BOX 744
BONITA, CA 91908
USA

DOCUMENT NUMBER: 17471600002
FILING NUMBER: 08-71629790
FILING DATE: 06/25/2008 22:51
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 08-7153038742 | |

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☑ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

| ☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☑ ADD name: Complete item 7a or 7b, and also item 7c |
|---|---|---|

**6. CURRENT RECORD INFORMATION:**

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| | 7a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|---|
| OR | AURORA LOAN SERVICES, LLC | | | | | |
| | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| | | | | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 10350 PARK MEADOWS DRIVE | LITTLETON | CO | 80124- | USA |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | MORTGAGE LENDER | USA | UNKNOWN ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE): check only one box.**
Describe collateral ☐ deleted or ☑ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

THE UNREBUTTED AFFIDAVIT OF OBLIGATION, COMMERCIAL LIEN NOTARY PUBLIC DATED DECEMBER 20TH, 2007 BEARING UCC REGISTERED @ DG03171943
AOCL, IS EVIDENCE OF THE LIEN.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| | a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | Gray | Dennis | R | |

**10. OPTIONAL FILER REFERENCE DATA**
DG03171943 AOCL

**FILING OFFICE COPY**

Page 2

# UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**12. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)**
08-7153038742

**13. NAME OF PARTY AUTHORIZING THIS AMENDMENT(same as item 9 on Amendment form)**

| 13a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR 13b. INDIVIDUAL'S LAST NAME Gray | FIRST NAME Dennis | MIDDLE NAME, SUFFIX R |

**14 MISCELLANEOUS**

DOCUMENT NUMBER: 17471600002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**14. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (14a or 14b) - do not abbreviate or combine names**

| 14a. ORGANIZATION'S NAME LEHMAN BROTHERS BANK, FSB | | | |
|---|---|---|---|
| OR 14b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 14c. MAILING ADDRESS 327 INVERNESS DRIVE | CITY SOUTH ENGLEWOOD | STATE CO | POSTAL CODE 80112- | COUNTRY USA |
| 14d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 14e. TYPE OF ORGANIZATION BANK | 14f. JURISDICTION OF ORGANIZATION USA | 14g. ORGANIZATIONAL ID#, If any ☐NONE UNKNOWN |

**15. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (15a or 15b) - do not abbreviate or combine names**

| 15a. ORGANIZATION'S NAME DREXEL LENDING GROUP | | | |
|---|---|---|---|
| OR 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 15c. MAILING ADDRESS 8200 HAVEN AVENUE | CITY RANCHO CUCAMONGA | STATE CA | POSTAL CODE 91730- | COUNTRY USA |
| 15d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 15e. TYPE OF ORGANIZATION MORTGAGE LENDER | 15f. JURISDICTION OF ORGANIZATION CALIFORN IA | 15g. ORGANIZATIONAL ID#, If any ☐NONE UNKNOWN |

**16. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (16a or 16b) - do not abbreviate or combine names**

| 16a. ORGANIZATION'S NAME ROBERT E WEISS, INCORPORATED | | | |
|---|---|---|---|
| OR 16b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 16c. MAILING ADDRESS 920 SOUTH VILLAGE OAKS DRIVE | CITY COVINA | STATE CA | POSTAL CODE 91724- | COUNTRY USA |
| 16d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 16e. TYPE OF ORGANIZATION ATTORNEYS | 16f. JURISDICTION OF ORGANIZATION CALIFORN IA | 16g. ORGANIZATIONAL ID#, If any ☐NONE UNKNOWN |

**17.ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (17a or 17b)**

| 17a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 17c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**18.ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (18a or 18b)**

| 18a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 18c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

FILING OFFICE COPY

Page 3

# UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**21. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)
08-7153038742

**22. NAME OF PARTY AUTHORIZING THIS AMENDMENT**(same as item 9 on Amendment form)

| 22a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR | | |
| **22b. INDIVIDUAL'S LAST NAME** Gray | **FIRST NAME** Dennis | **MIDDLE NAME, SUFFIX** R |

**23 MISCELLANEOUS**

DOCUMENT NUMBER: 17471600002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (23a or 23b) - do not abbreviate or combine names

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PITE & DUNCAN, LLP | | | | |
| OR | | | | |
| **23b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** | |
| **23c. MAILING ADDRESS** 1820 E. FIRST STREET, SUITE 420 | **CITY** SANTA ANA | **STATE** CA | **POSTAL CODE** 92705- | **COUNTRY** USA |
| **23d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **23e. TYPE OF ORGANIZATION** ATTORNEYS | **23f. JURISDICTION OF ORGANIZATION** USA | **23g. ORGANIZATIONAL ID#, If any** UNKNOWN ☐NONE |

**24. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (24a or 24b) - do not abbreviate or combine names

| 24a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| **24b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** | |
| **24c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| **24d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **24e. TYPE OF ORGANIZATION** | **24f. JURISDICTION OF ORGANIZATION** | **24g. ORGANIZATIONAL ID#, If any** ☐NONE |

**25. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (25a or 25b) - do not abbreviate or combine names

| 25a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| **25b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** | |
| **25c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| **25d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **25e. TYPE OF ORGANIZATION** | **25f. JURISDICTION OF ORGANIZATION** | **25g. ORGANIZATIONAL ID#, If any** ☐NONE |

**26.ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - Insert only one name (26a or 26b)

| 26a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| **26b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
| **26c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

**27.ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - Insert only one name (27a or 27b)

| 27a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| **27b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
| **27c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

FILING OFFICE COPY

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY

*DENNIS GRAY.*

AND WHEN RECORDED MAIL TO

*DENNIS GRAY.*
*P.O. BOX 744*
*BONITA, CA 91908*

*5005*

*FB*
*OOP*
*1 COPY*

DOC #    2008-0356137



JUL 02, 2008     1 12 PM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J SMITH COUNTY RECORDER
FEES        73 00

**PAGES:      22**

*THIS SPACE FOR RECORDER'S USE ONLY*

## U.C.C.-Financing Statement
(Please fill in document title(s) on this line)

1   UCC Financing statement  Document # 16454380002

2   UCC Amendment Document # 17471600002

3   Due Presentment Under Notary Seal, one (3) pages,

4   UCC Registered # <u>DG03171943 AOCL</u> – Affidavit of Obligation Commercial Lien
   Dennis-Randall Gray ~© (5) pages,

5   Notice of Fault and Opportunity to cure mailed January 15th, 2008. (1) page,

6   <u>Copy</u> of "REQUEST FOR VALIDATION AND INFORMATION TO VALIDATE
   ALLEGED DEBT" dated December 17th, 2007 and Proof of service (2) pages,

7   <u>Copy</u> of "2nd REQUEST FOR VALIDATION AND INFORMATION TO VALIDATE
   ALLEGED DEBT" dated December 22th, 2007 and Proof of service (2) pages,

8   USPS Proof of Delivery for Items mentioned in 4 & 5 (1) page;

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

9/95
Rec Form #R25

5006

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Dennis Gray
619-399-1066

**B. SEND ACKNOWLEDGMENT TO (Name and Address)**
Dennis Randall Gray
P O Box 744
Bonita, Ca 91908
USA

DOCUMENT NUMBER  16454380002
FILING NUMBER  08-7153038742
FILING DATE: 04/06/2008 15 37
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Gray | Dennis | Randall | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P O Box 744 | Bonita | Ca | 91908 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION INDIVIDUAL | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Gray | Dennis | R | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P O Box 744 | Bonita | Ca | 91908 | USA |

**4. This FINANCING STATEMENT covers the following collateral.**
Bailee herein is entrusted with limited authorization by Bailor herein named, for use and possession of pre-paid pool (exemption) account known as SS # 223607053, capable of set-off of public debts, in credits or monetary units of the country where the debt is originated, for pre-paid property (real included), goods and/or services, entrusted to the transmitting utility for the exchange, dollar for dollar (unit), for carrying out the directives of the creditor (Bailor) in the original jurisdiction, to satisfy the needs of the said creditor, in accordance with (1) Public Policy House Joint resolution 192, June 5, 1933, Public Law 73-10, (2) The Supercedeas Bond for the beneficiary/bailor, (3) the delegation from the Attorney General to the Secretary of Treasury (either Washington D C or Puerto Rico) or Alien Property Custodian and the functions of the (presumed abolished) Contract Settlement Office associated with alien property beneficiary/bailor to break the presumption that the property was intended for escheat to the State, as evidenced by the Unclaimed Property form on record with the District of Columbia to which the property may have been delivered as

**5. ALT DESIGNATION.** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☑ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG LIEN ☐ NON-UCC FILING

**6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS** Attach Addendum [if applicable]

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)** [ADDITIONAL FEE]  [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
Nevada UCC filing #2007016564-8

FILING OFFICE COPY

Page 2

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

5007

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| Gray | Dennis | Randall |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER  16454380002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11 ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e TYPE OF ORGANIZATION | 11f JURISDICTION OF ORGANIZATION | 11g ORGANIZATIONAL ID#, if any ☐ NONE |

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**13. This FINANCING STATEMENT covers** ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing

**14. Description of real estate.**

**15 Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest)**

**16. Additional collateral description**

flotsam/jetsam (abandoned because of mis-filing), regardless of whether the debt contract is deemed a war contract or not  See optional reference filing data below  TRANSMITTING UTILITY BOX INTENDED FOR CHECK-MARKING on behalf of bailee/Secured Party, for the purpose of insuring that all of the assets created by the grantor-in-fact are transmitted to the beneficiary of the Public trust   ie, the government authorized by the people

**17. Check only if applicable and check only one box**
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18. Check only if applicable and check only one box.**
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

5008

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
619-399-1066

**B. SEND ACKNOWLEDGMENT TO (Name and Address)**
DENNIS RANDALL GRAY
P O BOX 744
BONITA, CA 91908
USA

DOCUMENT NUMBER 17471600002
FILING NUMBER 08-71629790
FILING DATE 08/25/2008 22 51
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be |
|---|---|
| 08-7153038742 | filed (for record) (or recorded) in the REAL ESTATE RECORDS |

2. ☐ **TERMINATION** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination

3. ☐ **CONTINUATION** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

4. ☐ **ASSIGNMENT (full or partial)** Give name of assignee in item 7a or 7b and address of assignee in item 7c, and also give name of assignor in item 9

5. **AMENDMENT (PARTY INFORMATION)** This Amendment affects ☑ Debtor or ☐ Secured Party of record Check only one of these
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7

☐ CHANGE name and/or address Please refer to the detailed instructions in regards to changing the name/address of a party    ☐ DELETE name Give record name to be deleted in item 6a or 6b    ☑ ADD name Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION.**

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | AURORA LOAN SERVICES, LLC | | | |
| | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 10350 PARK MEADOWS DRIVE | LITTLETON | CO | 80124- | USA |

| 7d SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | MORTGAGE LENDER | USA | UNKNOWN ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE)** check only one box
Describe collateral ☐ deleted or ☑ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned

THE UNREBUTTED AFFIDAVIT OF OBLIGATION, COMMERCIAL LIEN NOTARY PUBLIC DATED DECEMBER 20TH, 2007
BEARING UCC REGISTERED @ DG03171943
AOCL, IS EVIDENCE OF THE LIEN

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment) If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment

| | 9a ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | Gray | Dennis | R | |

**10. OPTIONAL FILER REFERENCE DATA**
DG03171943 AOCL

FILING OFFICE COPY

Page 2

# UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

**5009**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 12. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 08-7153038742 |

13 NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| | 13a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| | | | |
| OR | 13b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| | Gray | Dennis | R |

| 14 MISCELLANEOUS |
|---|
| |

DOCUMENT NUMBER  17471600002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

14 ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (14a or 14b) - do not abbreviate or combine names

| | 14a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|---|
| OR | LEHMAN BROTHERS BANK, FSB | | | | | |
| | 14b INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | 14c MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |
| | 327 INVERNESS DRIVE | | SOUTH ENGLEWOOD | | CO | 80112- | USA |
| | 14d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 14e TYPE OF ORGANIZATION BANK | 14f. JURISDICTION OF ORGANIZATION USA | 14g ORGANIZATIONAL ID#, if any UNKNOWN | | □ NONE |

15 ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (15a or 15b) - do not abbreviate or combine names

| | 15a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|---|
| OR | DREXEL LENDING GROUP | | | | | |
| | 15b. INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | 15c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |
| | 8200 HAVEN AVENUE | | RANCHO CUCAMONGA | | CA | 91730- | USA |
| | 15d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 15e TYPE OF ORGANIZATION MORTGAGE LENDER | 15f JURISDICTION OF ORGANIZATION CALIFORN IA | 15g. ORGANIZATIONAL ID#, if any UNKNOWN | | □ NONE |

16 ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (16a or 16b) - do not abbreviate or combine names

| | 16a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|---|
| OR | ROBERT E WEISS, INCORPORATED | | | | | |
| | 16b. INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | 16c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |
| | 920 SOUTH VILLAGE OAKS DRIVE | | COVINA | | CA | 91724- | USA |
| | 16d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 16e TYPE OF ORGANIZATION ATTORNEYS | 16f JURISDICTION OF ORGANIZATION CALIFORN IA | 16g. ORGANIZATIONAL ID#, if any UNKNOWN | | □ NONE |

17 ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (17a or 17b)

| | 17a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 17c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

18 ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (18a or 18b)

| | 18a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 18c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

FILING OFFICE COPY

Page 3

5010

# UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**21. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)
08-7153038742

**22. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

| | 22a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| OR | 22b. INDIVIDUAL'S LAST NAME<br>Gray | FIRST NAME<br>Dennis | MIDDLE NAME, SUFFIX<br>R |

23 MISCELLANEOUS

DOCUMENT NUMBER. 17471600002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (23a or 23b) - do not abbreviate or combine names

| | 23a ORGANIZATION'S NAME<br>PITE & DUNCAN, LLP | | | |
|---|---|---|---|---|
| OR | 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 23c. MAILING ADDRESS<br>1820 E FIRST STREET, SUITE 420 | CITY<br>SANTA ANA | STATE<br>CA | POSTAL CODE<br>92705- | COUNTRY<br>USA |
| 23d SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 23e TYPE OF ORGANIZATION<br>ATTORNEYS | 23f JURISDICTION OF ORGANIZATION<br>USA | 23g ORGANIZATIONAL ID#, if any<br>UNKNOWN   ☐ NONE |

**24. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (24a or 24b) - do not abbreviate or combine names

| | 24a ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 24d SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 24e TYPE OF ORGANIZATION | 24f JURISDICTION OF ORGANIZATION | 24g ORGANIZATIONAL ID#, if any   ☐ NONE |

**25. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (25a or 25b) - do not abbreviate or combine names

| | 25a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 25d SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 25e TYPE OF ORGANIZATION | 25f JURISDICTION OF ORGANIZATION | 25g ORGANIZATIONAL ID#, if any   ☐ NONE |

**26 ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - insert only one name (26a or 26b)

| | 26a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 26b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 26c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**27. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - insert only one name (27a or 27b)

| | 27a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 27b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 27c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**FILING OFFICE COPY**

Exhibit 4

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Dennis Gray   (619) 571-7011

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Dennis Randall Gray
c/o 954 Surrey Drive
Bonita, California state near 91902

**08—7167732001**

**08/04/2008 17:00**

**FILED**
CALIFORNIA
SECRETARY OF STATE

SOS

17939220002   UCC 1 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| GRAY | DENNIS | RANDALL | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 954 Surrey Drive | Bonita | CA | near 91902 | uSA |

| 1d. TAX ID #:  SSN OR FIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | [X] NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | [X] NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Gray | Dennis | Randall | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 954 Surrey Drive | Bonita | California | near 91902 | uSA |

**4. This FINANCING STATEMENT covers the following collateral:**

The DEBTOR, a Transmitting Utility**, and the following properties are hereby entered in the Commercial Registry.
**Transmitting Utility is defined as an agent solely utilized for the purpose of transmitting commercial activity for the benefit of the
Secured Party. The DEBTOR is a legal entity according to the Uniform Commercial Code.
* Application for CEYLON Registra-General's Office, CERTIFICATE OF BIRTH, appl No. B 197 34, No. 1683, Western Province,
Colombo District, Maradana Division and all other Certificates of Birth, Certificates of Living Birth, Notifications of Registry of Birth,
Certificates of Registration of Birth, or otherwise credited documents of birth - whether County , State, Federal or other - either ascribed to
or derived from the name of Dennis Randall Gray. the DEBTOR identified above, or based upon the above described Certificate of Live
Birth. All property belonging to the DEBTOR is hereby accepted for value and is exempt from levy. Adjustment of this UCC filing is
pursuant to House Joint Resolution 192 dated June 5, 1933, and according to Uniform Commercial Code § 1-104 and 10-104. Hereafter,
designation of DEBTOR includes all its DBA's and AKA's. See attached pages for additional property belonging to the DEBTOR to be
secured by the Secured Party.
Check if covered: [X] Proceeds of Collateral also covered. [X] Products of Collateral also covered. No. of additional sheets presented: **36**

| 5. ALTERNATIVE DESIGNATION [if applicable] | LESSEE/LESSOR | [X] CONSIGNEE/CONSIGNOR | [X] BAILEE/BAILOR | [X] SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. [  ] This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | [X] Debtor 1 | Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA
Debtor: DENNIS RANDALL GRAY          Secured Party: Dennis Randall Gray

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR** (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| GRAY | DENNIS | RANDALL |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**12.** ☐ **ADDITIONAL SECURED PARTY'S** or ☐ **ASSIGNOR S/P'S**   NAME - Insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.

Debtor is a ☐ Trust  or ☐ Trustee acting with respect to property held in trust  or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

☒ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

# UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

18a. ORGANIZATION NAME

OR

| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| GRAY | DENNIS | RANDALL |

**20. MISCELLANEOUS:**

AFFIDAVIT OF OBLIGATION COMMERCIAL LIEN, No.
DG03171943 AOCL, RECORDED WITH THE SAN DIEGO COUNTY
RECORDER No. 2008-0356137 DATED 7/2/2008

(SEE ATTACHED)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one name (21a or 21b) – do not abbreviate or combine names

21a. ORGANIZATION'S NAME
OR **AURORA LOAN SERVICES, LLC.**

| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 10350 PARK MEADOWS DRIVE | LITTLETON | CO | 80124 | USA |

| ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION | 21f. JURISDICTION OF ORGANIZATION | 21g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|
| | | | ☐ NONE |

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one name (22a or 22b) – do not abbreviate or combine names

22a. ORGANIZATION'S NAME
OR **LEHMAN BROTHERS BANK, FSB**

| 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 327 INVERNESS DRIVE | SOUTH ENGLEWOOD | CO | 80112 | USA |

| ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION | 22f. JURISDICTION OF ORGANIZATION | 22g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|
| | BANK | USA | UNKNOWN ☐ NONE |

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one name (23a or 23b) – do not abbreviate or combine names

23a. ORGANIZATION'S NAME
OR **DGG FINANCIAL CORPORATION d/b/a DREXELL LENDING GROUP**

| 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3333 CONCOURSE STREET, SUITE 7102 | ONTARIO | CA | 91764 | USA |

| ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION | 23f. JURISDICTION OF ORGANIZATION | 23g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|
| | LENDER | CALIFORNIA | UNKNOWN ☐ NONE |

**24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** – insert only one name (24a or 24b)

24a. ORGANIZATION'S NAME
OR

| 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** – insert only one name (25a or 25b)

25a. ORGANIZATION'S NAME
OR

| 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

FILING OFFICE COPY – UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) – CALIFORNIA (REV. 01/01/08)

# UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 19a. ORGANIZATION NAME | | |
|---|---|---|

OR

| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| GRAY | DENNIS | RANDALL |

**20. MISCELLANEOUS:**

AFFIDAVIT OF OBLIGATION COMMERCIAL LIEN, No.
DG03171943 AOCL, RECORDED WITH THE SAN DIEGO COUNTY
RECORDER No. 2008-0356137 DATED 7/2/2008

(SEE ATTACHED)

1793920002

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one name (21a or 21b) – do not abbreviate or combine names

| 21a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| ROBERT E. WEISS, INCORPORATED | | | |

OR

| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 920 SOUTH VILLAGE OAKS DRIVE | COVINA | CA | 91724 | USA |

| ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION | 21f. JURISDICTION OF ORGANIZATION | 21g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|
| | LAW FIRM | CALIFORNIA | UNKNOWN | ☐ NONE |

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one name (22a or 22b) – do not abbreviate or combine names

| 22a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| PITE DUNCAN, LLP. | | | |

OR

| 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1820 E. FIRST STREET, SUITE 420 | SANTA ANA | CA | 92705 | USA |

| ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION | 22f. JURISDICTION OF ORGANIZATION | 22g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|
| | LAW FIRM | USA | UNKNOWN | ☐ NONE |

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one name (23a or 23b) – do not abbreviate or combine names

| 23a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION | 23f. JURISDICTION OF ORGANIZATION | 23g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|
| | | | | ☐ NONE |

**24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** – insert only one name (24a or 24b)

| 24a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** – insert only one name (25a or 25b)

| 25a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

FILING OFFICE COPY – UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) – CALIFORNIA (REV. 01/01/08)

*asp. No. B ... 34*
*26.10.61*

�ig/ අ.ස. 8 6020  රාජකාරියේ උදෙසාය          Registration B  64 a
                                            (Gen. Sec. Paper 13¼″ × 8¼″) 7/57

# CEYLON
## උප්පැන්න සහතික පත්‍රය
### பிறப்புச் சான்றிதழ் பத்திரம்
### CERTIFICATE OF BIRTH

අංකය } 16 83.
No. }

......tern ............ { පළාත
                         மாகாணம்         Colombo
                         Province
                                              } දිස්ත්‍රික්කය
                                                மாவட்டம்
                                                District

Maradana ......... { කොරළය
                     பிரிவு
                     Division

| | | |
|---|---|---|
| 1. | උපන් දින සහ ස්ථානය<br>பிறந்த தேதியும் இடமும்<br>Date and Place of Birth | Seventeenth March 1943.<br>De Soysa Lying in Home, Maradana South |
| 2. | නම<br>பெயர்<br>Name | Denis Randall |
| 3. | පිරිමියද, ගැහැනු යන වග    பாலம்  Sex | male |
| 4. | පියාගේ නම සහ පෙලපතේ නම<br>தந்தை பெயரும் குடும்ப பெயரும்<br>Name and Surname of Father | Harold Kenneth Gray |
| 5. | මවගේ නම, විවාහවට ඉස්සර කිලුත නම සහ ජාතිය<br>தாய்க்கு பெயரும் கலியாணம் முடிக்குமுன் வழங்கிய பெயரும் சாதியும்<br>Name and Maiden Name of Mother, and Race | Kayini Thelma Berenger.<br>Burgher. |
| 6. | පියාගේ තරාතිරම නොහොත් රක්ෂාව සහ ජාතිය<br>தந்தையுடைய நிலைமை அல்லது தொழிலும் சாதியும்<br>Rank or Profession, and Race of Father | Inspector<br>Burgher. |
| 7. | වෙලියන් සකස ඇදුද යන වග<br>பெற்றோர் கலியாணம் முடிந்தவர்களா ?<br>Were Parents Married? | Yes. |
| 8. | දැනුම්දෙන්නාගේ නම, රදී-වී ස්ථානය, දැනුම් දෙන්නේත් කවරාකු හැටියටද යන වග<br>அறிவிப்பவரின் பெயரும் குடியிருக்கும் ஸ்தலமும் முதலியன<br>Name and Residence of Informant, and in what capacity he gives Information | Don Guvadasa Attygalle<br>occupier.<br>de Soysa Lying in Home, Colombo. |
| 9. | දැනුම්දෙන ඇයගේ අත්සන<br>அறிவிப்பவரின் கையொப்பம்<br>Informant's Signature | Registered upon declaration<br>under Section 10. |
| 10. | ලියාපදිංචිකල දින<br>பதிவுசெய்த தேதி<br>When Registered | Seventeenth June 1943. |
| 11. | ලේඛකයාගේ අත්සන<br>பதிவாளரின் கையொப்பம்<br>Signature of Registrar | Sd. Signature |
| 12. | උප්පැන්න ලියාපදිංචි කලාට පසු යම් නමක්<br>එකතු කලානම් නොහොත් කිලුත නම් වෙනස්<br>කලාට වෙන නමක් යෙදුවා නම් ඊනම්<br>பிறப்பு பதிவுக்குபின் ஒரு பெயர் சேர்த்தாலோ<br>அல்லது மாற்றப்பட்டாலோ அப்பெயர்<br>Name, if added or altered after Registration of Birth | |
| 13. | ...යකත් වෙලා නම් එකතුකල දින හෝ වෙනස්<br>කල දින<br>பெயர் சேர்த்தாலோ அல்லது மாற்றப்பட்ட தேதி<br>Date of addition or alteration | |

I do hereby certify that the foregoing is a true copy of a birth registration entry filed of record in this office.

DISTRICT REGISTRAR'S OFFICE,
REGISTRAR-GENERAL'S OFFICE,
Colombo

30 . 10  19 61



District Registrar.
Asst. Registrar-General.

මාර්ගය.—මේ සහතිකයේ කිසි අකුරක් එකතු .....                 ....
குறிப்பு.—இந்த சான்றிதழில் யாதொரு ......               ....
Note.—It is a punishable offence to make any addition or alteration in this Certificate.

**Certified Copy**

CMalar

1793522.0002

This card belongs to the Social Security Administration and you must return it if we ask for it.

If you find a card that isn't yours, please return it to:
Social Security Administration
P.O. Box 33008, Baltimore, MD 21290-3008

For any other Social Security business information, contact your local Social Security office. If you write to the above address for any business other than returning a found card you will not receive a response.

Social Security Administration
Form SSA-3000 (11-2006)          F18842759



1793822000002

DEBTOR: __DENNIS RANDALL GRAY_____ STATE OF __CALIFORNIA__          Form UCC-1

SECURED PARTY: *Dennis Randall Gray.*

Dennis Randall Gray

## COLLATERAL

The collateral to which this Security Agreement pertains includes all of DEBTOR's right, title, and interest in and to all DEBTOR'S currently existing and hereafter acquired (i) accounts, (ii) books, (iii) equipment, (iv) general intangibles, (v) inventory, (vi) negotiable collateral, (vii) money, securities, investment property, or other assets of DEBTOR that now or hereafter come into the possession, custody or control of Secured Party, (viii) commercial tort claims, and (ix) the proceeds and products, whether tangible or intangible, of any of the foregoing, including proceeds of insurance covering any or all of the collateral, and any and all accounts, DEBTOR'S books, equipment, general intangibles, inventory, negotiable collateral, money, deposit accounts, or other tangible or intangible property resulting from the sale, exchange, collection or other disposition of any of the foregoing, or any portion thereof or interest therein, and the proceeds thereof.   Said collateral includes but is not limited to, all herein-below described personal and real property of DEBTOR, now owned or hereafter acquired by DEBTOR, in which Secured Party holds all interest. DEBTOR retains possession and use, and rights of possession and use, of all collateral, and all proceeds, products, accounts, and fixtures and the Orders therefrom, are released to DEBTOR.

Before any of the below-itemized property can be disbursed, exchanged, sold, tendered, forfeited, gifted, transferred, surrendered, conveyed, destroyed, disposed of, encumbered or otherwise removed from DEBTOR'S possession, the Dishonor Settlement Agreement Bill of Exchange held by Secured Party must be satisfied in full and acknowledgment of same completed.

1.  All presently owned or hereafter acquired products, contracts, accounts, inventories, equipment, machinery, supplies, materials, fuels, fuel additives, accoutrements and fixtures from or directly related to construction; food preparation and/or preservation; crops; mining and drilling ventures, including without limitation precious metals, ore, minerals, coal, petroleum and gas, production from surface water and from wells; and other agricultural and/or land-based activities including transmitting utilities; and any and all income, profits and/or revenue generated by the foregoing.

2.  All currently existing and hereafter arising accounts, income, funds, contract rights and all other forms of obligations owing to DEBTOR arising out of the sale or lease of goods, the rendition of services by DEBTOR and/or other source, irrespective of whether earned by performance, and any and all credit insurance, mortgages, guaranties, or security therefore  (a) to include but not be limited to rents, wages,

1

17939220002

DEBTOR: **DENNIS RANDALL GRAY** STATE OF **CALIFORNIA** Form UCC-1

SECURED PARTY: *Dennis Randall Gray*

**Dennis Randall Gray**

proceeds from sale of goods and services, interest income, gifts, bequests, judgments in favor of DEBTOR, prizes, lottery and gaming winnings, refunds of all types, overpayments, prepayments, rebates, claimed and unclaimed funds, and income or proceeds from whatever source derived; (b) all records, account and/or record numbers, correspondence, data and information of whatever type or form pertaining thereto or derived therefrom; and (c) the rights of survivorship thereto.

3.  All estates and/or interests in real property now owned or hereafter acquired by DEBTOR including all mineral, water, and air rights; and any and all income, profits and/or revenue generated by the foregoing.

4,  All presently owned and hereafter acquired cottages, cabins, houses, buildings and other structures serving as a dwelling and/or shelter for one or more persons and/or providing shelter and/or storage for physical goods, livestock and/or materials, including (a) contents, all attachments, accessories, accessions, fixtures, replacements, substitutions, additions, and improvements to any of the foregoing; (b) all records, documents, encumbrances, accounts and account numbers, and data relating thereto; and (c) any and all income, profits and/or revenue generated by the foregoing.

5.  All of DEBTOR'S present and hereafter acquired accounts and deposits (a) to include but not be limited to bank accounts, mortgage accounts, escrow accounts, bank safety deposit boxes and the contents therein, credit and debit card accounts, mutual fund accounts, money market accounts, certificates of deposit accounts, checking accounts, savings accounts, treasury direct accounts, health savings accounts; 401(k) accounts, IRA accounts, retirement plan accounts of whatever form and/or type; stocks, bonds, securities, investment accounts of whatever nature, form or type; benefits and/or proceeds from trusts; benefits and/or proceeds from insurance policies of any type and/or form including but not limited to life, disability, long-term care, health, dental, eye/vision, Medicare, auto, motorcycle, boat, airplane, homeowner, renter, mortgage, title, travel, errors and omissions, workers compensation, extended service warranties and contracts, business, and environmental; accounts receivable; royalties; and loans repayable to DEBTOR; (b) all applications, account numbers, data, records and all associated information related thereto; and (c) any and all income, profits and/or revenue generated by any of the foregoing.

2

17939220002

DEBTOR: **DENNIS RANDALL GRAY**          STATE OF **CALIFORNIA**          Form UCC-1

SECURED PARTY: *Dennis Randall Gray*

**Dennis Randall Gray**

6. All of DEBTOR'S present and future negotiable instruments of any type and/or form to include but not be limited to letters of credit, notes, bonds, options, futures, puts, drafts, instruments, documents, personal property leases (wherein DEBTOR is the lessor), chattel paper, and books relating to any of the foregoing; and any and all income, profits and/or revenue generated by the foregoing.

7. All present and future inventory in which DEBTOR has any interest, including goods held for sale or lease or to be furnished under a contract of service and all of DEBTOR'S present and future raw materials, work in progress and finished goods, and packing and shipping materials, wherever located and any and all income, profits and/or revenue generated by the foregoing.

8. All present and hereafter acquired machinery, machine tools, machine parts and/or machine systems collectively, motors, equipment, furniture, furnishings, fixtures, tools, parts, goods wherever located and for whatever use employed, including (a) any interest of DEBTOR in any of the foregoing; (b) all attachments, accessories, accessions, replacements, substitutions, additions, and improvements to any of the foregoing; and (c) any and all income, profits and/or revenue generated by the foregoing.

9. All crafts or vessels of any size, type and/or form designed for movement on, under or through water, wherever located and for whatever use employed, including but not limited to boats, yachts, canoes, kayak, jet-skis, rafts, ships, submarines, including (a) all furniture and furnishings, documents, equipment, accoutrements, baggage, contents and cargo affixed to or pertaining thereto or stowed therein, including but not limited to motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, radio equipment, recording equipment, defense equipment, lubricants, fuels and fuel additives; (b) all other attachments, accessories, accessions, replacements, substitutions, additions, and improvements to any of the foregoing; and (c) any and all income, profits and/or revenue generated by the foregoing.

10. All machines and/or devices, including but not limited to airplanes, helicopters, gliders, balloons, dirigibles, rockets, and space ships, that are capable of atmospheric flight, wherever located and for whatever use employed, including (a) all furniture and furnishings, documents, equipment, baggage, contents and cargo affixed or pertaining thereto or stowed therein, including but not limited to all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment,

3

17939220002

DEBTOR: **DENNIS RANDALL GRAY**          STATE OF **CALIFORNIA**          Form UCC-1

SECURED PARTY: *Dennis Randall Gray*
**Dennis Randall Gray**

navigation aids, service equipment, radio equipment, recording equipment, defense equipment, lubricants, fuels, and fuel additives; (b) all other attachments, accessories, accessions, replacements, substitutions, additions, and improvements to any of the foregoing; and (c) any and all income, profits and/or revenue generated by the foregoing.

11. All vehicles, devices, structures, containers and/or conveyances for transporting, storing and/or housing persons, goods or things, wherever located and for whatever use employed, including but not limited to automobiles, vans, trucks, all terrain vehicles, wagons, motorcycles, scooters, bicycles, tricycles, motor homes, trailers, recreational vehicles, mobile homes, cargo containers and (a) all furniture and furnishings, documents, equipment, baggage, contents and cargo affixed or pertaining thereto or stowed therein, including but not limited to all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, radio equipment, recording equipment, defense equipment, lubricants, fuels, and fuel additives; (b) all other attachments, accessories, accessions, replacements, substitutions, additions, and improvements to any of the foregoing; and (c) any and all income, profits and/or revenue generated by the foregoing.

12. All livestock and animals, domestic and/or feral, and (a) all equipment, structures, vehicles and/or apparatus required for the breeding, care, feeding, use, transportation, housing, disposition, husbandry and enjoyment thereof and (b) any and all income, products, profits and/or revenue generated by the foregoing.

13. All devices, instruments, machines and/or equipment and related accessories, software programs and/or systems that process, create, store, copy, transmit, record, receive, retrieve, communicate and/or reproduce data, images, numbers, text, graphics, symbols, photographs, sound, video, voice, music and/or information/data of any type whatsoever, to include but not be limited to computers, audio recorders and players, telephones, cameras, projectors, microfiche readers, video/DVD/CD/MP3 players and recorders, radios, televisions, communication equipment of whatever type, receivers, transceivers, transmitters, antennae, fax machines, printers, musical instruments, copiers, adding machines, calculators, and/or office equipment of whatever type as well as all stored, produced and/or encrypted files, music, video recordings, films and motion pictures, audio recordings, and tapes, in whatever type or format produced, processed, created, stored, copied, read, transmitted, used and/or

4

DEBTOR: **DENNIS RANDALL GRAY** STATE OF **CALIFORNIA** Form UCC-1

SECURED PARTY: *Dennis Randall Gray,*
**Dennis Randall Gray**

recorded by said devices, instruments, machines and/or equipment; and any and all income, profits and/or revenue generated by the foregoing.

14. All printed, photocopied, lithographed, serigraphic, painted, etched, sculpted, typed, drawn, electronic, written and/or other form of material to include but not be limited to books, manuals, reference materials, periodicals, newspapers, pamphlets, prints, graphics, drawings, records, treatises, treatments, monographs, stories, plays, screen plays, scripts, photographs, lyrics, songs, librettos, music, and works of art, including all frames, mounts, bindings, storage and/or presentation materials relating thereto and any and all income, profits and/or revenue generated by the foregoing.

15. All (a) personal, family, business, medical, insurance and/or financial statements, books and records, audited or unaudited, and (b) any applications; information; data; account, record, file or invoice numbers; and/or notes related thereto, of DEBTOR of whatever type or form; to include without limitation bookkeeping and accounting records indicating, summarizing and/or evidencing DEBTOR'S properties, assets and/or liabilities; ledgers; all information relating to DEBTOR'S business operations or financial condition; banking records; credit and /or debit card records; mortgage records; loan documents of whatever type or form; medical records, pharmacy records, dental records, optical records, academic records, employment records, phone records, insurance records of whatever nature or form, library records, diaries, journals, notes, letters, e-mail, photographs, negatives, transparencies, images, video/DVD/CD/MP3 recordings, film footage, drawings, sound records, audio tapes, microfiche, computer records and files; and all computer programs, disk or tape files, printouts, runs or other computer prepared information; and (c) any and all income, profits and/or revenue generated by the foregoing.

16. All present and future creative and intellectual property of DEBTOR in whatever form or media in any country or region, registered or unregistered, published or unpublished, (a) to include but not be limited to copyrights, patent rights, trademark rights (as more clearly defined below), trade dress rights, trade names, domain name registrations, website addresses, trade secrets, technology licenses, know-how, confidential information, shop rights, service marks, registered marks, proprietary data, processes and technology developed and/or owned by DEBTOR, computer programs and software, inventions, appellations of origin, business methods, industrial processes, and other ideational, intellectual and

5

17939220002

DEBTOR:  __DENNIS RANDALL GRAY_____   STATE OF __CALIFORNIA__        Form UCC-1

SECURED PARTY: *Dennis Randall Gray*
                 **Dennis Randall Gray**

industrial property rights; (b) the right (whether at law, in equity, by contract or otherwise) to enjoy or otherwise exploit any of the foregoing, including the right to sue for and seek remedies against past, present and future infringements of any or all of the foregoing or injury to the good will therein, to institute and prosecute all suits and proceedings and take all actions that may be necessary or proper to collect, assert or enforce any claim, right or title of any kind in and to any and all of the foregoing under the laws of any jurisdiction worldwide;  and (c) any and all income, profits and/or revenue generated by the foregoing.

17.  Copyrights as used in paragraph 16, above, include all present and future copyrightable and copyrighted works of DEBTOR, registered or unregistered, published or unpublished, including without limitation databases and other compilations of information, works of art, literary works and other written material, graphics, photographs, and all categories of works eligible for protection under U.S. and international copyright law, including rights of authorship, exclusive ownership, of attribution and integrity, and include exclusive rights to use, copy, publish, reproduce, distribute, perform, display sell, assign, adapt, create derivative works, import, export, and transmit, as well as exclusive rights to register, seek registration, obtain renewals and extensions of registrations, together with all other rights and interests accruing under U.S. and international copyright law.

18.  Patent Rights as used in paragraph 16, above, include without limitation all present and future invention disclosure documents, issued patents, pending patent applications and abandoned patents and patent applications provided that they can be revived (which for purposes of collateral shall include utility models, design patents, industrial designs, certificates of invention and applications for certificates of invention and priority rights) in any country or region, including all provisional applications, substitutions, continuations, continuations-in-part, divisions, renewals, reissues, re-examinations and extensions thereof.

19.  Trademark Rights as used in paragraph 16, above, include without limitation all present and future trademarks, service marks, domain names, web site addresses, intranet sites, trade dress, logos, trade names, corporate names, business identifiers, registered or unregistered, together with all translations, transliterations, adaptations, derivations, and combinations thereof and including all goodwill associated therewith, and all applications, registrations, and renewals in connection therewith, and all rights to

6

17939220002

DEBTOR:  **DENNIS RANDALL GRAY**          STATE OF **CALIFORNIA**      Form UCC-1

SECURED PARTY: *Dennis Randall Gray*

**Dennis Randall Gray**

register, seek registration, maintain and obtain renewals of registrations, together with all other rights and interests accruing under U.S. trademark law or the national or regional trademark laws of any applicable jurisdiction worldwide

20. All titles, degrees, diplomas, certificates, honors, awards, meritorious citations, commendations, prizes, medals, trophies, plaques and ribbons from any source whatever with all records and mementos relating thereto as well as any and all income, profits and/or revenue generated by the foregoing.

21. All physiological, cognitive and/or behavioral biometric data, measurements, information and/or records, including the use and/or disclosure thereof, to include but not be limited to fingerprints, footprints, palm prints, thumb prints, retina, hand veins, ear canal, facial thermograms, odor, scent, DNA, RNA, face recognition, hand geometry, iris recognition, brain responses from functional transcranial Doppler [fTCD] and/or functional transcranial Doppler spectroscopy [fTCDS], signature, keystroke dynamics, gait and voice.

22. All bodily cells, tissues, organs, and/or fluids of DEBTOR, whether surgically removed or otherwise, including all records, reports, data and/or information in whatever form relating thereto as well as the use, dissemination and/or disposal in any manner whatsoever of said cells, tissues, organs, and/or fluids and/or said records, reports, data and/or information.

23. All past, present and future acquired medical and healthcare rights including without limitation the right and authority to obtain, use, request, refuse and/or authorize the injection, infusion, administration and/or application of any substance, treatment, procedure, process and/or material, diagnostic, therapeutic, nutritional, medical, psychiatric, dental, holistic or otherwise, that alters or has the potential to alter or affect, either in the present or future, the functioning of DEBTOR'S mind, body, spirit and/or will in any way whatsoever.

24. All items, devices, systems, secured storage, and/or equipment of whatever form, including all ancillary equipment, accessories, parts, tools, keys, lock combinations, encryption and identification codes, instruments, electronic equipment, navigation aids, service equipment, radio equipment, recording

7

17939220002

DEBTOR:   **DENNIS RANDALL GRAY**                    STATE OF **CALIFORNIA**          Form UCC-1

SECURED PARTY: *Dennis Randall Gray*
              **Dennis Randall Gray**

equipment and/or defense equipment, electronic or otherwise, for securing DEBTOR'S home, business, vehicles, documents and/or records, and/or other valuable objects against intrusion, theft or damage of any type.

25. All rights to access and use utilities and municipal services upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, including cable, electricity, trash and garbage, gas, internet, the world wide web, satellite, sewage, telephone, water and all other methods of communication, energy transmission and food and water distribution.

26. All rights to barter, buy, contract, sell and/or trade ideas, negotiable instruments, goods and services, work and other tangible or intangible items in commerce or otherwise.

27. All rights to use any free, rented, leased, fixed, or mobile domicile as though same were a permanent domicile, (a) free from requirement to apply for or obtain any government license or permission and (b) free from entry, intrusion and/or surveillance by any means whatsoever, regardless of lease period so long as any required lease amounts are currently paid or any applicable three-day grace period has not expired.

28. All right to own, lease, manage, maneuver, direct, guide, sell or travel in any form of conveyance described in paragraphs 9, 10 and 11 above without any requirement to apply for or obtain any license, permit, certificate or permission of any kind whatsoever from any source, government or otherwise.

29. All rights to (a) marry, (b) conceive and beget children and (c) exercise the sole authority to care for, rear, discipline, educate, train, guide said children in their mental, physical and spiritual development, including without limitation choice of educational institutions, home schooling, educational curriculum and/or content, spiritual values and religious beliefs, until the age of majority and /or emancipation without any requirement to apply for and/or obtain any license, permit, certificate or permission of any type or form whatsoever, government or otherwise.

17939220002

DEBTOR: __DENNIS RANDALL GRAY__                    STATE OF __CALIFORNIA__         Form UCC-1

SECURED PARTY: *Dennis Randall Gray*

**Dennis Randall Gray**

30. All rights to produce, generate, buy, sell, barter, grow, raise, gather, hunt, trap, angle and/or store food and grain, utilities, tools, weapons, fiber and/or cloth, equipment, building and other supplies of whatever type or form required for shelter, clothing and/or survival.

31. All rights to religious freedom to worship, practice and express spiritual beliefs without any censorship or restraint by any government, domestic or foreign, governmental agent, organization or any source whatever.

32. All right to keep and bear arms and ammunition for the proper, natural, and safe defense of self, family and parties requesting physical protection of person and/or property without any requirement to apply for and/or obtain any license, permit, certificate, registration, or permission of any type or form whatsoever from any source, governmental or otherwise.  Said arms and ammunition shall include without limitation all firearms, rifles, guns, cannons, edged-weapons, electrical devices weapons, crossbows, recurve bows, compound bows, and any related bolds/shafts, clips, magazines, ammunition, accessories, attachments, hand-tools, implements, service equipment, parts, supplies, reloading tools and components, powders and non-nuclear explosive devices.

33. All rights to create, preserve and/or maintain a church or other sacred place as an inviolable sanctuary and receive into same any and all parties requesting safety, shelter and immunity.

34. All rights to create documents of identification and/or travel of whatever kind and form including without limitation those signifying diplomatic status and immunity as a free, independent, sovereign state-in-fact.

35. All rights and claims of ownership, including certificates of title, to any property (real or personal or mixed; corporeal and/or incorporeal; tangible and/or intangible) that can be inherited through (a) a gift made by will or other testamentary document on death and/or (b) according to a formula set out in any law, religion, custom or under the terms of a trust.

9

DEBTOR: __DENNIS RANDALL GRAY__          STATE OF __CALIFORNIA__     Form UCC-1

SECURED PARTY: *Dennis Randall Gray*
                    **Dennis Randall Gray**

36.  All rights to the Last Will and Testament, living will, healthcare directive, trusts of whatever type and all other testamentary documents of DEBTOR

37.  All rights to privacy, safety and security in person and property (real or personal or mixed; corporeal and/or incorporeal; tangible and/or intangible) Including without limitation all rights to privacy, safety and security of (a) DEBTOR, all household or sanctuary residents, visitors and/or guests, and (b) all papers, records, property, and effects of any type belonging to said DEBTOR, all household or sanctuary residents, visitors and/or guests against governmental, quasi-governmental, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, writ or warrant except with irrefutable proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law that may be promulgated as the authority for such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, writ or warrant.

38.  All rights to defend, protect and preserve said rights to privacy, safety and security in person and property (real, or personal or mixed; corporeal and/or incorporeal; tangible and/or intangible) as defined in paragraph 36 above, incorporated herein as if set out in its entirety.

39.  All (a) names (personal, business, real and/or fictitious) and related signatures used in the past, present and future as well as (b) all businesses, corporations, companies, trusts, partnerships, limited partnerships, organizations, proprietorships, corporations sole organized, executed, filed and/or operated under said names in the past, present and future; and (c) any and all income, profits and/or revenue generated by the foregoing.

40.  All past, current and future tax records of DEBTOR including without limitation correspondence, filings, notices, coding, files, record numbers and all information related thereto regardless of source or format and wherever located or by whom compiled, codified, recorded, stored, analyzed, processed, communicated or utilized.

41.  All identification, membership cards and/or documentation (a) to include without limitation said cards and documentation for registering birth and/or death, social security number, credit and/or debit cards,

10

17939220002

DEBTOR: **DENNIS RANDALL GRAY**          STATE OF **CALIFORNIA**          Form UCC-1

SECURED PARTY: *Dennis Randall Gray*

**Dennis Randall Gray**

electronic key cards of all types, library cards, academic identification cards, club membership cards, frequent purchaser cards, licenses of any type, and (b) all application materials, supporting documentation, background check information, references and information of whatever type and from whatever source used related to the issuance of said identification, membership cards and/or documentation.

42. All traffic and/or parking citations and/or tickets as well as all judgments, administrative determinations or rulings of any nature.

43. All (a) precious metals, bullion, coins, jewelry, precious and semiprecious gemstones, settings and mounts with (b) all related accessories and items necessary for the care, storage and presentation of said items, including loss insurance policies; and (c) any and all income, profits and/or revenue generated by the foregoing.

44. All cash, coins, money, Federal Reserve Notes and Silver Certificates.

45. All currently used telephone numbers and those to be acquired in the future.

46. All packages, parcels, envelopes, and/or labels of any kind whatsoever which are addressed to, or intended to be addressed to, DEBTOR, whether received or not received by DEBTOR.

47. All of DEBTOR'S present and future general intangibles and other personal property not included herein with specificity (including contract rights, rights arising under common law, statutes, or regulations, choses or things in action, goodwill, patents, trade names, trademarks, servicemarks, copyrights, blueprints, drawings, purchase orders, customer lists, monies due or recoverable from pension funds, route lists, rights to payment and other rights under any royalty or licensing agreements, infringement claims, computer programs, information contained on computer disks or tapes, literature, reports, catalogs, deposit accounts, insurance premium rebates, tax refunds, and tax refund claims), is expressly herewith included as collateral of DEBTOR within the meaning of this document.

17939220002

11

Certified Mail: 7007 0710 0003 5585 9867

# 4   10 2

REQUEST FOR VALIDATION AND INFORMATION TO VALIDATE ALLEGED DEBT

NOTICE OF FAIR DEBT COLLECTION PRACTICES ACT
CALIFORNIA CIVIL CODE SECTION 1788-1788.3

December 17th, 2007

Maria-Rosario: Metcalf
c/o 954 Surrey Drive
Bonita, California state [91902]

ROBERT E. WEISS INCORPORATED
920 S. VILLAGE OAKS DRIVE
COVINA, CA 91724
(626) 967-4302
(626) 967-9216 (Fax)

REQUEST FOR VALIDATION AND VERIFICATION OF ALLEGED DEBT

Dear ROBERT E. WEISS INCORPORATED

Greetings,

I hereby timely accept your offer, **for you**, to obtain verification of the alleged DEBT as your notice, dated September 26 2007, provides a 30-day period in which to make this request (date of your notice). Fortunately, I was just advised that this is the proper procedure to assert my rights. I am merely requesting the following in order to verify the debt:

1. Please obtain and provide the name and address of the **original creditor** under affidavit.

2. Please obtain and provide the name and address of the **current creditor** under affidavit.

3. Please obtain and provide the name and address of the actual **note holder of the original promissory note** and deed of trust to confirm the legal status of the holder of the note.

If you do not or are not able to provide the above information by the date of December 24th, 2007, you and I agree there is no valid debt owed to you or anyone else.

Thank you,
Sincerely

*Dennis-Randall: Gray*

Dennis-Randall: Gray Attorney in Fact for Maria-Rosario: Metcalf
All rights reserved

Certified Mail: 7007 0710 0003 5585 9867                                    #4  2082

## PROOF OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT BY MAIL

State:     California          )
County:  San Diego          ) Affirmed and Attested

     I, Roosevelt Kyle, am over the age of 18 and not a party to the within action and live in Orange County California. My address is C/o P O Box 1503, California State [91951].  On, December 17th, 2007 A.D., I did send by Certified mail: 7007 0710 0003 5585 9867 return receipt requested.

     And did mail the document(s) described as;

1.  First request for validation of debt  Certified Mail 7007 0710 0003 5585 9867
    Mailed to ROBERT E. WEISS INCORPORATED November 2, 2007.

3.  Copy of Notice of Default
    (Note) [Certified mail ID number "from them to you" number on it goes here also]

And by placing a true copy thereof enclosed in a sealed envelope, fully prepaid, addressed as follows:

ROBERT E. WEISS INCORPORATED
920 S. VILLAGE OAKS DRIVE
COVINA, CA 91724
(626) 967-4302
(626) 967-9216 (Fax)

     And by placing in the mail at the location of United States Post Office Post Office National City, Post office, 16th Street, National City, California 91950.

I attest and affirm that I did mail the above on the date of December 17th, 2007 A.D.

Signature

Exhibit 6

Recording Requested by
Lien Claimant: :Dennis-Randall: Gray ~ ©
And when recorded mail to:

:Dennis-Randall: Gray ~ ©
P. O. Box 744
Bonita. California State. near [91908]

Space above line for Recorder use

Date: January 15ᵗʰ, 2008                    Certified Mail No: 7007 0220 0002 9169 7501
From: :Dennis-Randall: Gray ~ ©

## Notice of Fault and Opportunity to Cure

To:

**ROBERT E. WEISS INC.**        **AURORA LOAN SERVICES, LLC.**    **DREXEL LENDING GROUP**
920 S. VILLAGE OAKS DRIVE    10350 PARK MEADOWS DRIVE        8200 HAVEN AVENUE. SUITE 2109
COVINA. CA 91724                 Littleton. CO 80124                   RANCHO CUCAMONGA. CA 91730
**LEHMAN BROTHERS BANK, FSB**    **PITE & DUNCAN, LLP**
327 INVERNESS DRIVE          1820 E. First Street. Suite 420
SOUTH ENGLEWOOD. CO 80112    Santa Ana. CA 92705

Affidavit of Obligation Commercial Lien: Third Party Defendants

On 12/28/2007. the undersigned Secured Party caused to be delivered to you an "Affidavit of Obligation Commercial Lien".

After receiving the presentment from :Dennis-Randall: Gray~ ©. you failed to perform by providing the requested and necessary rebuttal. denial. or otherwise prove invalid the allegations after receiving the said "Affidavit of Obligation Commercial Lien" from the undersigned.

As the Respondent. you are now in fault and you are in agreement and have stipulated to the terms of the undersigned's dated presentment through your dishonor. You have the right to cure this fault and perform according to said terms within the three (3) days (72 Hours) from the Receipt of this Notice.

Should you fail to cure your fault. I will establish an affidavit of Default. agreement and failure to contest acceptance and obtain an AFFIDAVIT OF CERTIFICATE OF NON-RESPONSE pursuant to and relative to UCC. State Statute and otherwise.

Thank you for your prompt attention to this matter.

*:Dennis - Randall Gray ~ ©*

Sincerely. :Dennis-Randall: Gray ~ ©
UCC 1-207.7 Without Prejudice
Authorized representative. Attorney-In-Fact
:Dennis-Randall: Gray ~ ©. Secured Party Creditor. in
Behalf of DENNIS RANDALL GRAY. (ENS LEGIS)

STATE OF California _____ )
COUNTY OF San Diego _____ )

On January 14, 2008. before me. :Dennis-Randall: Gray ~ ©
personally proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to be that he executed the same in his authorized capacity and that by his signature on the instrument the person(s). or the entity upon behalf of which person(s) acted. executed the instrument. I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.
Witness my hand and official seal.

Signature: _____                    seal



C. MORTON
COMM. # 1741918
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
MY COMM. EXP. APR. 26, 2011

173932200002

)

Exhibit 7

#1   1083

## DUE PRESENTMENT UNDER NOTARY SEAL SETTLEMENT

### NOTICE TO PRINCIPAL IS NOTICE TO AGENT
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL

**From:**

Corazon G. Espiritu, notary public
FBO: Maria Rosario Metcalf
P O Box 390157
San Diego, CA 92149-0157

**To:**   Lien Debtor(s):

**DREXEL LENDING GROUP**
Certified Mail No. 7008 0150 0002 6259 4410
8200 HAVEN AVENUE, SUITE 2109
RANCHO CUCAMONGA, CA 91730

**LEHMAN BROTHERS BANK, FSB**
Certified Mail No. 7008 0150 0002 6259 4120
327 INVERNESS DRIVE
SOUTH ENGLEWOOD, CO 80112

**AURORA LOAN SERVICES, LLC.**
Certified Mail No. 7008 0150 0002 6259 4137
10350 PARK MEADOWS DRIVE
Littleton, CO 80124

**PITE & DUNCAN, LLP**
Certified Mail No. 7008 0150 0002 6259 4144
Attorneys at Law
1820 E. First Street, Suite 420
Santa Ana, CA 92705

**ROBERT E. WEISS INCORPORATED**
Certified Mail No. 7008 0150 0002 6259 4151
920 S. VILLAGE OAKS DRIVE
COVINA, CA 91724

**Re:**   UCC Registered # DG03171943 AOCL – Affidavit of
Obligation Commercial Lien. :Dennis-Randall: Gray: ~©

**Service:**   Notary's Certificate of Service

Dear Lien Debtors:

Under authority[1] of the California Statutes governing the office of Notaries and their powers and limitations and the International, US UCC §§ 3-501, 3-502, 3-503, 3-504, 3-505, 1-307 and California UCC Articles and Sections §§ 3501, 3502, 3503, 3504, 3505, 1307, California Government Code §§ 8205, 8208, 8209, and at the request of :Dennis-Randall: Gray: ~©, DUE PRESENTMENT is hereby made of: UCC Registered # DG03171943 AOCL – Affidavit of Obligation Commercial Lien. :Dennis-Randall: Gray: ~©, Certified Mail No (s) as noted in UCC Registered # DG03171943 AOCL. All documents listed on the attached Certificate of Service with the, :Dennis-Randall: Gray: ~©, request to credit the full value of the SETTLEMENT as noted above, within ten (10) days of midnight of the day following your receipt hereof, in any case not later than July 14, 2008, and exhibit to :Dennis-Randall: Gray: ~©, a check, money order, warrant, order, Statement of Account or other comparable settlement statement reflecting the credit indicating posting of the asset so it is received by the undersigned notary public at the address noted by July 14, 2008, as stated. :Dennis-Randall: Gray: ~©, has requested presentment of this NOTICE OF SETTLEMENT. Non-performance will be

---

[1] US Constitution Article IV Section 1 – Full faith and credit shall be given in each state to the public acts, records, and judicial proceedings of every other state. And the congress may by general laws prescribe the manner in which such acts, records and proceedings shall be proved, and the effect thereof.

1

#1   2of 3

certified in accord with International and US and California UCC Articles and Sections §§ 3-508, 3-509, 3-510, 1-202. Failure to do so shall constitute your stipulation and confession of judgment. Evidence of such shall be certified by the public official noted below.

Failure to fulfill the request within the respective deadlines will be certified for evidentiary purposes.

Thank you kindly for your attention.

WITNESS my hand and official seal.

Corazon G. Espiritu, NOTARY PUBLIC
P O Box 390157
San Diego, CA 92149-0157
Void where prohibited by law

June 30, 2008
DATE

My commission expires: Feb 03, _____, 2010

COBAZON G. ESPIRITU
Commission # 1642885
Notary Public - California
San Diego County
My Comm. Expires Feb 3, 2010

(Seal)

2

17939220002

#1  3873

## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on June 30th, 2008, the undersigned Notary Public mailed to:

**DREXEL LENDING GROUP**
Certified Mail No. 7008 0150 0002 6259 4410
8200 HAVEN AVENUE, SUITE 2109
RANCHO CUCAMONGA, CA 91730

**LEHMAN BROTHERS BANK, FSB**
Certified Mail No. 7008 0150 0002 6259 4120
327 INVERNESS DRIVE
SOUTH ENGLEWOOD, CO 80112

**AURORA LOAN SERVICES, LLC.**
Certified Mail No. 7008 0150 0002 6259 4137
10350 PARK MEADOWS DRIVE
Littleton, CO 80124

**PITE & DUNCAN, LLP**
Certified Mail No. 7008 0150 0002 6259 4144
Attorneys at Law
1820 E. First Street, Suite 420
Santa Ana, CA 92705

**ROBERT E. WEISS INCORPORATED**
Certified Mail No. 7008 0150 0002 6259 4151
920 S. VILLAGE OAKS DRIVE
COVINA, CA 91724

Hereinafter jointly and severally referenced as "Recipient" or "Recipients," the documents pertaining to that certain Account, UCC Registered # DG03171943 AOCL – Affidavit of Obligation Commercial Lien. :Dennis-Randall: Gray: ~©, regarding :Dennis-Randall: Gray:, as follows:

1. Due Presentment Under Notary Seal, one (3) pages;
2. UCC Registered # DG03171943 AOCL – Affidavit of Obligation Commercial Lien. :Dennis-Randall: Gray: ~© (5) pages;
3. Notice of Fault and Opportunity to cure mailed January 15th, 2008. (1) page;
4. Copy of "REQUEST FOR VALIDATION AND INFORMATION TO VALIDATE ALLEGED DEBT" dated December 17th, 2007 and Proof of service (2) pages;
5. Copy of "2nd REQUEST FOR VALIDATION AND INFORMATION TO VALIDATE ALLEGED DEBT" dated December 22th, 2007 and Proof of service (2) pages;
6. USPS Proof of Delivery for Items mentioned in 4. & 5. (1) page;

By means designated above, Return Receipt Requested, by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

_Corazon H. Espiritu_
NOTARY PUBLIC

_June 30, 2008_
DATE

My commission expires: _February  03_

20 _10_

Corazon G. Espiritu, notary public
FBO: :Dennis-Randall: Gray: ~©
P O Box 390157
San Diego, CA 92149-0157

(Seal)

CORAZON G. ESPIRITU
Commission # 1642885
Notary Public - California
San Diego County
My Comm. Expires Feb 3, 2010

3

1793822 0002

Exhibit 8

T8
21P.
1004

DOC #   2009-0217091

APR 27, 2009   4:17 PM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
DAVID L. BUTLER, COUNTY RECORDER
FEES:        70.00

**PAGES:     21**

9621

# UCC FINANCING STATEMENT AMENDMENT
**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

> Dennis-Randall: Gray
> C/o 711-Mission Ave #333
> Oceanside, California, [92054]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| San Diego County-Doc-No.2008-0356137 | [X] |

2. [ ] **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. [X] **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. [ ] **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects [ ] Debtor or [ ] Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
[ ] CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   [ ] DELETE name: Give record name to be deleted in item 6a or 6b.   [ ] ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. **CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. **CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

| 7d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | [ ] NONE |
|---|---|---|---|---|---|

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral [ ] deleted or [X] added, or give entire [ ] restated collateral description, or describe collateral [ ] assigned.

This Page is additional collateral attachment of Section-4 of the Of the Original Financing Statement. For this Financing Statement also Includes Fixtures, [with or without] Timber and Mineral etc. It Includes Appliances, Stoves, Ovens, Carpet, Lighting and Flooring etc.
For the Following is Part of the Original, Filing all of the Proceeds, Products, Accounts, and all of the Fixtures, of the Attachment-Offering is Accepted for Value and is by Exempt from Levy/Lien and is the Personal-Property of the DEBTOR, whereby the Secured-Party, holds all of the Interest-Including of the Attachment of the Certified Certificate of Birth which is placing in the local Chamber of the Commercial-Registration of the Equal-Exchange. For this Equal-Exchange is with the Accord with the Public-Policy HJR-192 and with the U.C.C. 1-104 and -10-104 and Public-Law-73-10, as Follows:

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here [ ] and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Gray | Dennis | Randall | |

10. **OPTIONAL FILER REFERENCE DATA**
Secured-Party Creditor:Dennis-Randall: Gray        :DENNIS - RANDALL: GRAY:

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

9622

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
San Diego County-Doc-No.2008-0356137

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX
GRAY | DENNIS | RANDALL

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

This Page is additional collateral attachment of Section-4 of the Of the Original Financing Statement.  For this Financing Statement also Includes Fixtures, [with or without] Timber and Mineral etc. It Includes Appliances, Stoves, Ovens, Carpet, Lighting and Flooring etc.

This is Actual and Constructive Notice that all Debtor's interest now owned or hereafter acquired is hereby accepted as collateral for securing contractual obligation in favor of the Secured Party as detailed in a true, correct, complete and certain Notarized Security Agreement-No.DG03171943 AOCL, and Accepted for Value of the Deed of Trust-No.2007-0101097, of the San Diego County Recorder of the State of California, in the possession of the Secured Party and Debtor.

Attached Declarations of Involuntary Bankruptcy stipulates that the following Debtor's property will be liquidated for the Settlement of the account: of the Commercial-Lien-No.DG03171943 AOCL this was a Demand of the Debtors in writing that ye provide verification of this alleged debt within the time set certain of 21 Days from this date or In Affiant hands by June/30/2008; the verification of debt and a Demand of the Deed of trust and Note be brought Forward for Investigation of the Note and Deed of Trust with all Signatures appliable and fixed. All Debtors have Agreed of the Following Felonies and fully assented to all the actions as described in the contract-No. DG03171943 AOCL and therefore have confessed to the following felonies: Believe that Fraud has been Committed and I, Dennis-Randall: Gray Affiant Claimant and Secured Party hereby seek Damages by this Fraud and Swindle, Bank Fraud, Usury, Peonage, Extortion of Rights, Obstruction of Justice under Fraud, Racketeering, Deprivation of Rights, Conspiracy, Extortion of Money, Land Piracy., impeding the commerce of the Secured Party,  and involuntary  servitude.
Original California UCC Financing Statement No. 08-7153038742 is incorporated within this

See Attachment Exhibits

a. Exhibit-A Notice of ~~Default~~ FAULT AND OPPORTUNITY TO CURE.
b. Exhibit-B, Claim of Lien
c. Exhibit-C, Notice of Default In Dishonor, discharge of obligation to pay instrument and demand for Recoveyance and release of lien
D. Exhibit-D, ~~Certificate of Dishonor~~ FOR THE CERTIFICATE OF DISHONOR.
E. Exhibit-E, Notice of Default and Entry for the Default Judgment.
F. Exhibit-F, Declaration by the Affidavit of Notary Public
G. Exhibit-G, ~~Notice of the Substitution of the Trustee~~ FOR THE NOTICE OF THE SUBSTITUTION OF THE TRUSTEE
h. Exhibit-H,  FOR THE SUBSTITUTION OF THE TRUSTEE.
I-EXHIBIT I- MAILING LIST.

9628

*Non-Negotiable Non-Transferable*
**NOTICE OF DEFAULT IN DISHONOR,**
**DISCHARGE OF OBLIGATION TO PAY INSTRUMENT**
**and DEMAND FOR RECONVEYANCE and RELEASE OF LIEN**

**FROM:**
Maria R. Metcalf  Borrower
Dennis-Randall: Gray  Afiant, Claimant
C/o 711 Mission Ave-#333
Oceanside, California, state [92054]
hereinafter referred to as "Borrower"

April/ *10*/2009

**TO:** Respondents and Lenders

DREXEL LENDING GROUP
3333 Concours
Ontario, California 91764
Cert. mail # <u>7008 3230 0001 5586 0314</u>

LEHMAN BROTHERS BANK, FSB
327 INVERNESS DR
South Englewood, Colo, 80112
Cert. mail # <u>7008 3230 0001 5586 0321</u>

AURORA LOAN SERVICES
10350 Park Meadow Drive
Littleton, Colo, [80124]
<u>7008 3230 0001 5586 0338</u>

PITE DUNCAN, LLP. Attorney At Law
1820 East 1St Stret Suite-420
Santa Ana, California, [92705]
Cert. mail # <u>7008 3230 0001 5586 0345</u>

ROBERT E. WEISS INCORPORATED
920 South Village Oaks Dr
Covina, California, [91724]
Cert. mail # <u>7008 3230 0001 5586 0352</u>

**RE:**     Loan Account #0033798224, executed on February/01/2007 (hereinafter "Loan") for real estate commonly known as: 954 Surrey Dr. Bonita, California, 91902

This is a **Notice of Default in Dishonor** to the Lender upon the instrument entitled "**Notice and Demand for Full Disclosure of Loan Agreement**", received by the Lender on or about January/18/2008 and as evidenced by Certified Mail # <u>7007 0220 0002 9169 7501</u>.

By the terms and conditions of the agreement contained in that document, the Lender was under obligation to timely and in good faith protest and/or honor that presentment within twenty (20) days.

The Lender's failure to honor the offer, even after the Borrower granted an five (5) days as an opportunity for the Lender to cure the Lender's fault, is a dishonor and places the Lender at default.

By the Lender's default, the Lender is deemed to be in bad faith, violation of public trust, bond, and/or ministerial duty to do that which is right.

Therefore this presentment is also a Notice of Discharge of Obligation to Pay Instrument and Demand for Reconveyance to the Lender upon the original instrument entitled "DEED", executed on February/01/2007, between the Lender and the Borrower, pursuant to the Uniform Commercial Code (UCC) §3-308 for failure to bear the burden of proof of signature and status as Holder or Holder In Due Course, to UCC §3-309 for failing to prove the terms of the instrument and the right to enforce a stolen instrument, to UCC §8-315 for returning a certificated security wrongfully transferred, and to UCC §3-301 & 3-604 for allowing a person entitled to enforce an instrument to discharge an obligation to pay an instrument by an intentional voluntary act to cancel an instrument by a signed writing (see attached Notice of Discharge of Obligation to Pay Instrument).

Consequently, the Lender must immediately return the following items to the Borrower within **ten (10) days** of the receipt by the Lender of this "Notice of Default in Dishonor, Discharge of Obligation to Pay Instrument and Demand for Reconveyance":

1.  Borrower's Promissory Note dated February/01/2007 between the Borrower and the Lender for the amount of <u>$900,000.00</u>;

# EXHIBIT – "*C*" 1 of 4

9629

The Borrower's Deed of Trust ("Security Instrument") dated February/01/2007 between the Borrower and the Lender for property described as: 954 Surrey Dr. Bonita, San Diego County, California, 91902, For the Lot-No.198 of the Rancho Robinhood III, in the City of Chula Vista, San Diego County, State of California Accordint of the Map-8604;

2. The Release of Lien for property described in item #2 above through the execution of the attached document entitled "Quit Claim Deed" by an authorized agent/officer of the Lender.

Should the Lender fail, refuse or neglect to respond to this " **Notice of Default in Dishonor, Discharge of Obligation to Pay Instrument and Demand for Reconveyance**", the Borrower will enter a "Petition for Deposition Before Action" in the District Court of the United States in the district of residence of the Lender, as the Borrower certainly desires "*to perpetuate testimony... to prevent a failure or a delay of justice...*", pursuant to Rule 27 of the Federal Rules of Civil Procedure and/or corresponding state Rules of Civil Procedure.

Of this presentment the Lender should take due **Notice** and heed, and govern oneself accordingly.

**Fault:** *"American Law - Negligence; an or defect of judgment or of conduct; any deviation from prudence, duty, or rectitude; any shortcoming, or neglect of care or performance resulting from inattention, incapacity, or perversity; a wrong tendency, course, or act; bad faith or mismanagement; neglect of duty."* Black's Law Dictionary 4th Edition, page 738.

**Default:** *"By its derivation, a failure. An omission of that which ought to be done. Specifically, the omission or failure to perform a legal duty. The term also embraces the idea of dishonesty and of wrongful act."* Ibidem, page 505.

**Discharge:** *"To release; liberate; annul; unburden; disincumber; dismiss. To extinguish an obligation (e.g., a person's liability on an instrument),"* Black's Law Dictionary, 6th Edition, page 463.

**Reconveyance:** *"The return of title and ownership in real estate to a party that previously held title to it."* Ibidem, page 1273.

**Demand:** *"The assertion of a legal right; a legal obligation asserted in the courts. An imperative request preferred by one person to another, under a claim of right, requiring the latter to do or yield something or to abstain from some act."* Ibidem, page 429.

**Stolen:** *"Acquired, or possessed, as a result of some wrongful or dishonest act or taking, whereby a person willfully obtains or retains possession of poprperty which belongs to another, without or beyond any permission given, and with the intent to deprive the owner of the benefit of ownership (or possession) permanently."* Ibidem, page 1419.

**Bad faith:** *"The opposite of 'good faith', generally implying or involving actual or constructive fraud, or a design to mislead or deceive another, or a neglect or refusal to fulfill some duty or some contractual obligation, not prompted by an honest mistake as to one's rights or duties, but by some interested or sinister motive."* Ibidem, page 139.

*NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT*
*NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL*
*Applicable to all successors and assigns*
*Silence is Acquiescence*

Sincerely and with all rights reserved,

*Dennis Randall Gray* .        *Maria R. Metcalf*
Dennis-Randall: Gray                 Maria R. Metcalf

enc:   Notice of Discharge of Obligation to Pay Instrument
        Quit Claim Deed

EXHIBIT – "*C*" 2 of 4                        Page 2 of 3

9630

## CALIFORNIA ALL PURPOSE ACKNOWLEDGEMENT

State of California

County of San Diego

On __4/10/09__ before me, by __Corazon G. Espiritu, a Notary Public__

Name and Title of Officer (Notary)

Personally appeared-Names of Signer (s) Dennis-Randall: Gray and Maria R. Metcalf

Who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies). And that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I Certify under PENALTY OF PERJURY under the Laws of the State of California that the foregoing paragraph is true and correct

WITNESS my hand and official seal.

Signature of Notary Public

## CERTIFICATE OF SERVICE

I, __Corazon G. Espiritu, Notary,__ Notary Public residing in San Diego County do hereby certify that I mailed a true and correct original copy of

1. Notice of Default In Dishonor, Discharge of Obligation To Pay Instrument And Demand For Reconveyance and Release of Lien
2. Certificate of Service by the Notary Public
3. USPS Tracking Confirmation
4. Exhibit-1 Statement of Facts A through O

**TO: Respondents and Lenders**

| | | |
|---|---|---|
| DREXEL LENDING GROUP | LEHMAN BROTHERS BANK, FSB | AURORA LOAN SERVICES |
| 3333 Concours | 327 INVERNESS DR | 10350 Park Meadow Drive |
| Ontario, California 91764 | South Englewood, Colo, 80112 | Littleton, Colo, [80124] |
| Cert. mail # 7008 3230 0001 5586 0314 | Cert. mail # 7008 3230 0001 5586 0321 | 7008 3230 0001 5586 0338 |

| | |
|---|---|
| PITE DUNCAN, LLP. Attorney At Law | ROBERT E. WEISS INCORPORATED |
| 1820 East I St Stret Suite-420 | 920 South Village Oaks Dr |
| Santa Ana, California, [92705] | Covina, California, [91724] |
| Cert. mail # 7008 3230 0001 5586 0345 | Cert. mail # 7008 3230 0001 5586 0352 |

by depositing the same with the United States Postal Service, certified postage, return receipt requested, Cert. mail # 7008 3230 0001 5586 0314 prepaid, this April/ /2009 .

NOTARY

Seal

CORAZON G. ESPIRITU
Commission # 1642885
Notary Public - California
San Diego County
My Comm. Expires Feb 3, 2010

# EXHIBIT – "C" 3 of 4

Page 3 of 3

# EXHIBITS

9631

## Maria Metcalf: 954 Surrey Drive, Bonita, CA 91902

"A".   On December 17th, 2007 the 1st letter for the verification of the debt pursuant to CA FDCPA.
**No Response**

---

"B".   On December 22th, 2007 the 2nd letter for the verification of the debt pursuant to CA FDCPA.
**No Response**

"C".   On December 28th 2007 a notarized Affidavit of Obligation Commercial Lien was mailed.
**No Response**

"D".   On January 15 2008 a Notarized Notice of fault and opportunity to cure was mailed.
**No Response**

"E".   On June 30, 2008 a Due Presentment Under Notary Seal of a UCC registered copy of the December 28th 2007 a notarized Affidavit of Obligation Commercial Lien was mailed.
**No Response**

"F".   On July 11th, 2008 a Due Presentment Under Notary Seal of a RESPA Qualified Written Request , Complaint, Dispute of Debt & Validation of Debt Letter , TILA Request was mailed.
**No Response**

"G".   On August 18, 2008 a Due Presentment Under Notary Seal of an:
   a.   Affidavit of maria-rosario: Metcalf
   b.   Affidavit of DGG Financial d/b/a Drexel Lending Group
   c.   Affidavit of Emil Gamalinda Agent for Drexel Lending Group Was mailed.
**No Response**

"H".   On September 10, 2008 a Due Presentment Under Notary Seal of:
   a.   Notice of Non Response
   b.   Reply to Pite Duncan, LLP Was mailed
**No response**

"I".   On September 20, 2008 a Due Presentment Under Notary Seal of:
   c.   Maria Rosario Metcalf's Demand for Property and Documentation
   d.   A second copy of the Affidavit of maria-rosario: Metcalf Was mailed
**No response**

"J".   The Original "Deed of Trust: In favor of Drexel Lending was filed on February 13, 2007.
"K".   The NOD was filed by Aurora Loan Services September 28th, 2007
"L".   The Notice of Trustee sale was filed by Aurora Loan Services Dec 28th, 2007
"M".   The Trustee sale was executed on February 22nd, 2008
"N".   The Assignment of the note from Drexel lending to Aurora loan was recorded on February 28th, 2008.
"O".   The recording of the deed of trust in favor of Aurora was on February 28nd, 2008.

# All exhibits will be provided upon reopening of the case.

# EXHIBIT – "C" 4 of 4

Exhibit 10

Recording requested by

**Dennis-Randall: Gray**

And when recorded mail to:

Name:      Dennis-Randall: Gray
Street:    711 Mission Ave-#333
City:      Oceanside, California
Zip code:  [92054]

**APN #593-311-14-00**

9624

| S | R | U | PAG E | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| M | A | L | 465 | 466 | PCOR | NCaR | SHF | NCHG | EXAM |
| | | | | | IT: | | CTY | UNI | |

Space above this line for recorder's use only

# *Claim-of-Lien*
### Code of Civil Procedure-1 180
### A SECURITY (15 USC)

(Filed on or about April/04/2006, # to be supplied, Tracer flag may be located at the *California secretary of state under Named debtor heading*) DREXEL LENDING GROUP, LEHMAN BROTHERS BANK, FSB, AURORA LOAN SERVICES, PITE DUNCAN, LLP. Attorney At Law and ROBERT E. WEISS INCORPORATED, et at,"
*COMMERCIAL AFFIDAVIT U.S. S.E.C. TRACER FLAG NOT A POINT OF LAW*

**CLAIM OF LIEN IS A COMMERCIAL LIEN**
THIS CLAIM OF LIEN IS FILE PURSUANT CALIFORNIA CIVIL CODE § 2872, 2874, 2875, 2881(1),2883,2889 and Code of Civil Procedure-1180 against Lien Debtor(s) for default and breach of contract under commercial law. Section 3281 of Civil Code for damages sustained.   California Government Code § 27297.5 and 27387 as an involuntary lien based on consensual actions by knowledgeable breach of contract (explained herein).
**THIS IS NOT A LIS PENDENS LIEN.**
**Real Property:**   *954 Surrey Dr. Bonita, California, 91902
           *APN: 593-311-14-00, San Diego county, California
           Legal Description: below For the Private Real-Property Legal description as Follows:
**For the Lot-No.198 of the Rancho Robinhood III, in the City of Chula Vista, San Diego County, State of California According of the Map-8604**

**LIEN DEBTORS:**

**DREXEL LENDING GROUP**
333 Concourse St., Ste. 7102
Ontario, CA, 91764

**LEHMAN BROTHERS BANK, FSB**
C/O Thomas Abbott, Atty. at Law
4375 Jutland Dr., Suite – 200
San Diego, CA 92177

**AURORA LOAN SERVICES**
10350 Park Meadow Drive
Littleton, CO, 80124

**PITE DUNCAN, LLP.**
C/O Thomas Abbott, Atty. at Law
4375 Jutland Dr.-Suite-200
San Diego, California, 92177

**ROBERT E. WEISS INCORPORATED**
C/O Cris A. Klingerman, Atty. at Law
920 South Village Oaks Dr
Covina, California, 91724

This CLAIM OF LIEN (Affidavit of Obligation) (Notice and Demand) and (Acceptance for the Contract) is a Consensual Lien/Obligation Judgment by Estoppel on the part of the Lien Debtor (s), dba DREXEL LENDING GROUP et al, arising out of a Deed of Trust contract-No.2007-0101097 of the Year February/01/2007 formed between LIEN CLAIMANT/Maria R. Metcalf and LIEN DEBTORS(S). Said contract was initiated by Lien Claimant Dennis-Randall: Gray by claims asserted against Lien Debtors for the Lien Claimant Accepted for Value of the Deed of Trust for the new Contract (Affidavit of Obligation Commercial Lien) -No.DG03171943 AOCL.

UCC Financing Statement

# EXHIBIT "B" 1 of 4

9625

LIEN CLAIMANT Provided the LIEN DEBTORS by a NOTICE AND DEMAND on the December/28/2007, COMMERCIAL AFFIDAVIT OF OBLIGATION and subsequently a NOTICE OF FAULT AND OPPORTUNITY TO CURE enumerating the position of LIEN CLAIMANT, proclaiming claims of LIEN Claimant to recover from damage and criminal conduct, and as well as demanding a point-for-point rebuttal by LIEN DEBTORS and proof of basis for Lien Claimant alleged cause of this Action by the LIEN CLAIMANT within Twenty-One (21) days, in which failure to rebut Lien Debtor(s) was(were) put on notice that they would be in default.

Subject COMMERCIAL AFFIDAVIT OBLIGATION sworn true, correct and complete was sent by LIEN CLAIMANT, Dennis-Randall: Gray to LIEN DEBTORS(s), DREXEL LENDING GROUP et al, by United States Postal Service, under Notary Seal and Notary Certificate of Proof of Service delivery conformation Mail, Return Receipt Requested # (See Attachment), on or about January/15/2009 LIEN DEBTORS received said AFFIDAVIT, USPS Status Delivered on the certified mail receipt-No. #7008 0150 0002 6259 4410. LIEN DEBTORS failed to respond to AFFIDAVIT/NOTICE, thereby admitting and acquiescing to the declarations by LIEN CLAIMANT.

A NOTICE OF FAULT OPPORTUNITY TO CURE and AFFIDAVIT OF NOTICE an Entry was served upon Lien Debtors under Notary Seal and Notary Certificate of Proof of Service/15/2008 by United States Postal Service, Certified Mail, Return Receipt Requested # 7007 0220 0002 9169 7501 received on or about January/19/2008.

On the January/15/2008 for the NOTICE OF PROTEST AND OPPORTUNITY TO CURE was mailed by the NOTARY PUBLIC, Corazon G. Espiritu, to LIEN DEBTORS(s), dba DREXEL LENDING GROUP et al, by United States Postal Service, delivery conformation Mail, Return Receipt Requested #7007 0220 0002 9169 7501, LIEN DEBTORS received said NOTICE OF PROTEST AND OPPORTUNITY FOR THE CURE, USPS Status Delivered on the certified mail receipt on January/19/2008. LIEN DEBTORS failed to respond to AFFIDAVIT/ NOTICE OF PROTEST AND OPPORTUNITY FOR THE CURE, thereby admitting and acquiescing to the declarations by LIEN CLAIMANT.

On the April/10/2009 for the NOTICE OF DEFAULT IN DISHONOR was mailed by the NOTARY PUBLIC Corazon G. Espiritu, P.O. Box-390157, San Diego, California state [92149], To LIEN DEBTORS(s), DREXEL LENDING GROUP et al, by United States Postal Service under Notary Seal and Notary Certificate of Proof of Service, delivery conformation Mail, Return Receipt Requested # 7008 3230 0001 5586 0345, LIEN DEBTORS received said NOTICE OF DISHONOR, USPS Status Delivered on the certified mail receipt on or about April/04/2009. LIEN DEBTORS failed to respond to AFFIDAVIT/NOTICE OF DISHONOR.

For the CERTIFICATE OF THE DISHONOR was issued to the Lien Claimant, Dennis-Randall: Gray on April/24/2009 by the NOTARY PUBLIC, Corazon G. Espiritu and Lien Claimant submitted to Notary Public Corazon G. Espiritu, NOTICE OF DEFAULT AND ENTRY FOR DEFAULT JUDGMENT Affidavit of Events, and Judgment by Estoppel. Such default admits that the LIEN DEBTORS was(were) guilty of the criminal violations involved in the action of LIEN DEBTORS as set forth in LIEN CLAIMANT'S COMMERCIAL AFFIDAVIT OBLIGATION and NOTICE OF FAULT and subsequently charged in a CRIMINAL ACTS JUSTIFYING CLAIM OF LIEN (AFFIDAVIT OF INFORMATION), given to the Secretary of the State of California, Financial Statement UCC-1 Filed on LIEN DEBTORS April/06/2008, Financing Statement of Claim and Secured Interest-UCC-1-No.08-7153038742 for the LIEN DEBTORS actions of the CRIMINAL ACTS JUSTIFYING CLAIM OF LIEN (AFFIDAVIT OF INFORMATION) Judgment by Estoppel,.

"Due process requires, at a minimum, that an individual be given a meaningful opportunity to be heard prior to being subjected by force of law to a significant deprivation. . . . That the hearing required by due process is subject to waiver, and is not fixed in form does not affect its root requirement that an individual be given an opportunity for a hearing before LIEN DEBTORS is deprived of any significant property interest. . . ." (Original italics; 401 US 378- 379) Randone v. Appellate Department, 1971, 5 C3d 536, 550. "In the latter case [Mullane v. Central Hanover Trust Co., 339 U.S. 306] we said that the Right to be heard 'has little reality or worth unless one is informed that the matter is Pending and can choose for himself whether to appear or default, acquiesce or contest. 339 U.S. at 314" Sniadach v. Family Finance Corp., 395 U.S. 337, 339, 340 In the absence of a response, when the LIEN DEBTORS was given an opportunity to Respond, the LIEN CLAIMANT Dennis-Randall: Gray hereby inserts and records this CLAIM OF LIEN against LIEN DEBTORS, DREXEL LENDING GROUP et al, jointly and severally each DEBTORS in the amount of $3,464,000.00, Three Million Four Hundred Sixty Four Thousand for the Functional Currency of the US Dollars, total amount of $3,464,000.00, Three Million Four Hundred Sixty Four Thousand for the Functional Currency of the US Dollars of said moneys to be paid in coin minted by the United States Mint, 31 USC 5112 Dollars. Said CLAIM OF LIEN is in the amount of criminal fines, Penalties, and damages enumerated in a CRIMINAL ACTS JUSTIFYING CLAIM OF LIEN (AFFIDAVIT OF INFORMATION) Judgment by Estoppel, received by the Secretary of the State of California, Financing Statement Filed on LIEN

# EXHIBIT"B" 2 OF 4
UCC Financing Statement

9626

DEBTORS, which total ledger amount, and is secured by the real and personal community property at APN: 593-311-14-00. Legal Description For the Lot-No.198 of the Rancho Robinhood III, in the City of Chula Vista, San Diego County, State of California Accordint of the Map-8604, Document-No.2007-0101097, of LIEN DEBTORS as follows: of LIEN DEBTORS as follows:

PERSONAL, REAL and MOVABLE PROPERTY OF AT
LIEN DEBTORS:

| | | |
|---|---|---|
| DREXEL LENDING GROUP | LEHMAN BROTHERS BANK, FSB | AURORA LOAN SERVICES |
| 333 Concourse | 327 INVERNESS DR | 10350 Park Meadow Drive |
| Ontario, Calif, 91764 | South Englewood, Colo, 80112 | Littleton, Colo, [80124] |

| | |
|---|---|
| PITE DUNCAN, LLP. Attorney At Law | ROBERT E. WEISS INCORPORATED |
| 4375 Jutland Dr.-Suite-200 | 920 South Village Oaks Dr |
| San Diego, California, [92177] | Covina, California, [91724] |

Save that of Lien Debtor's wedding rings.

This CLAIM OF LIEN is filed pursuant the California Codes and the Fundamental Commercial Law that has existed nearly 2,000 years:

"The ability to place a lien upon a man's property, such as to temporarily deprive him of its beneficial use, without any judicial determination of probable cause dates back not only to medieval England but also to Roman times." United States Supreme Court, 1968, Sniadach v. Family Finance Corp., 395 U.S. 337, 349

Supported by the California Supreme Court, 1971, Randone v. Appellate Department, 5 C3d 536, 96 Cal Rptr 709 and 488 P2d 13.

I, Dennis-Randall: Gray hereby command the state of California and its appropriate Enforcement Agencies, to command specific performance of LIEN DEBTORS(s) and to Impound their property (ies) for claims of obligation for non-performance, default in Commercial Law, Violation of Contract, violation of trust, Engaging in unbonded acts, and numerous other crimes and offenses cited in the AFFIDAVIT OF OBLIGATION INFORMATION NOTICE AND DEMAND & ACCEPTANCE OF THE CONTRACT (Criminal Complaint) presented to the Secretary of State of California for the Judgment by Estoppel, received by the Secretary of the State of California, Financing Statement Filed on LIEN DEBTORS, which total ledger amount, and is secured by the real and personal community property of LIEN DEBTORS.

This COMMERCIAL LIEN is filed against DREXEL LENDING GROUP et al, and subsidiaries, including all Community Property of both, in order to prevent their evasion of financial liability through efforts to shield property and assets by Placing said property and assets in their, subsidiaries and or spouse's names to prevent Attachment for the satisfaction of suits and liens.
CLAIMANT

Signed : _Dennis-Randall: Gray._
Dennis-Randall: Gray
WITNESS my hand this 24 day of April, 2009

## CALIFORNIA ALL PURPOSE ACKNOWLEDGEMENT

State of California

County of San Diego

On _4/24/09_ before me, by _Corazon G. Espiritu, a Notary Public_
<span>Name and Title of Officer (Notary)</span>

Personally appeared-Names of Signer (s) Dennis-Randall: Gray

# EXHIBIT "B" 3 of 4
UCC Financing Statement

9627

Who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies). And that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I Certify under PENALTY OF PERJURY under the Laws of the State of California that the foregoing paragraph is true and correct WITNESS my hand and official seal.

Signature of Notary Public

CORAZON G. ESPIRITU
Commission # 1642885
Notary Public - California
San Diego County
My Comm. Expires Feb 3, 2010

# EXHIBIT "B"    4 of 4

UCC Financing Statement

9632

For a Security (~15-U.S.C.)
For the Commercial-Affidavit
For the Affidavit of the Notice, of the Declaration
and Demand for the Fair-Notice and Warning of a
Commercial-Grace for the Notice of the Non-Judicial-Proceeding.
This is a U.S.S.E.C.-Tracer-Flag-Not a Point of the Law

# FOR THE CERTIFICATE OF THE DISHONOR

I, Corazon G. Espiritu, am the Notary for whom all Communications will be mailed towards the Notary regarding of this Contract of the Entitlement AFFIDAVIT OF OBLIGATION CONDITIONAL-ACCEPTANCE-Contract-No.DG03171943 in response for the Deed of Trust-Public-Account-No.2007-0101097, herein "Presentment."

Pursuant of the California-Commercial-Codes-3505 (b), and Uniform-Commercial-Code 3-505(b) and 1-202, Notice of the Protest is hereby given with this Certificate of the Dishonor regarding of the following:

On the December/28/2007, I the Notary sent a Affidavit of Obligation under Notary Seal for and Notary Certificate of Service-Mailing-No.7008 0150 0002 6259 4410 for the Dennis-Randall: Gray Presentment for the Respondents; and Locations as Follows as Lien Debtors:

DREXEL LENDING GROUP
8200 Haven Ave-Suite-2109
Rancho Cucamonga, Calif, 91730

LEHMAN BROTHERS BANK, FSB
327 INVERNESS DR
South Englewood, Colo, 80112

AURORA LOAN SERVICES
10350 Park Meadow Drive
Littleton, Colo, [80124]

PITE DUNCAN, LLP. Attorney At Law
4375 Jutland Dr.-Suite-200
San Diego, California, [92177]

ROBERT E. WEISS INCORPORATED
920 South Village Oaks Dr
Covina, California, [91724]

who was given ~21-days for the Response of Accepted for Value Deed of Trust-No.2007-0101097. there was no Response by the Respondents

On the January/15/2008, For the Proof of the Service shows a Notice of the Fault and Opportunity for the Cure under Notary Seal for and Notary Certificate of Service-Mailing-No.7007 0220 0002 9169 7501 was by mailed for the Respondent who was given Additional~10-days for the response.

On the April/10/2009, For the Proof of the Service shows a Notice of the Default was mailed for the Respondent under Notary Seal for and Notary Certificate of Service-Mailing-No. 7008 3230 0001 5586 0345.

As of this date April/24/2009, there is no response had been delivered for the Notary, for the designated receiver. I the Notary interviewed Dennis-Randall: Gray, whose affidavit is by the attachment for this Notarial-Protest. Dennis-Randall: Gray, has by stated for the Notary by the affidavit that the Petitioner has received no response by the Respondents for the Contract at any other Mailing-Location. Based on the Foregoing-Information, For the Respondent has by dishonored of the Dennis-Randall: Gray Presentments by the Non-Acceptance and/or Non-Performance and Non-Payment and have therefore assented for the Terms and Conditions in the Secure-Party, Contract.

Sincerely,



Notary Public, Corazon G. Espiritu,
P.O. Box-390157,
San Diego, California state [92149]

(Stamp) (Seal)

CORAZON G. ESPIRITU
Commission # 1642886
Notary Public - California
San Diego County
My Comm. Expires Feb 3, 2010

# EXHIBIT "D"

UCC Financing Statement

Exhibit 12

**9633**

**Parties:**
**FROM:**                                                                                      April 24, 2009
Dennis-Randall: Gray, Affiant
Claimant c/o 711 Mission Ave # 333
Oceanside California [92054]

**TO:** Respondent-Debtors                 LEHMAN BROTHERS BANK, FSB           AURORA LOAN SERVICES
DREXEL LENDING GROUP 3333          C/O Thomas Abbott, Attorney at Law       10350 Park Meadow Drive
Concourse Street, Ste.7102               4375 Jutland Dr.-Suite-200                  Littleton, CO, [80124]
Ontario, CA 1764                         San Diego, CA [92177]

PITE & DUNCAN, LLP                       ROBERT E. WEISS INC.
Thomas Abbott, Attorney at Law           C/O Cris A. Klingerman, Attorney at Law
4375 Jutland Dr.-Suite-200               920 South Village Oaks Dr
San Diego, CA [92177]                    Covina, CA, [91724]

**DATE:** April/24/2009

**RE:** Loan Account #0033798224, executed on February/01/2007 for real estate commonly known as:
954 Surrey Drive, Bonita, California, [91902]

### NOTICE OF DEFAULT AND ENTRY FOR DEFAULT JUDGMENT

Contract No.DG03171943 AOCL

California                    )      **FOR THE NOTICE TO AGENT IS BY THE NOTICE TO PRINCIPAL**
                              ) ss   **FOR THE NOTICE TO PRINCIPAL IS BY THE NOTICE TO AGENT**
San Diego County              )

      I, Dennis-Randall: Gray, herein "Affiant," having been duly sworn,
declares that affidavit and response of the parties to the contract entitled, Notice
of NOTICE OF ACCEPTANCE TO CONTRACT, hereinafter "Contract," are
in full agreement regarding the following:

1.   For this Affiant is by competent for the stating of the matters included in Dennis-Randall: Gray
     declaration, has knowledge of the facts, and declared that to the best of Dennis-Randall: Gray's
     knowledge, the statements made in Dennis-Randall: Gray affidavit are true, correct, and not meant to
     mislead;

2.   For this Affiant is by the Secured-Party, superior claimant, holder in due course, and principal creditor
     having a registered priority lien hold interest to all property held in the name of Dennis-Randall: Gray and
     or Maria-Rosario: Metcalf: organization-No.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/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, evidenced by UCC-1 Financing
     StatementNo.08-7153038742/ 08-7167746703 filed with the Secretary of State of the State of California.

3.   On December/28/2007, Affiant sent Respondents a Notice of Acceptance to Contract of the Deed of
     Trust-No. 2007-0101097, in the Office of the San Diego County Recorder, State of the California.
     Affidavit of Obligation each by Certified mail, stating that he had exercised his power of acceptance and
     accepted all offers and actions made by Respondents with qualified terms as detailed in the Contract.

4.   Affiant or the designated Notary has received no response to date so Respondents are in Default and have
     therefore fully agreed to all of the terms and conditions of the contract



**EXHIBIT 'E'  182**   UCC Financing Statement

9634

5. Respondents have fully assented to all the actions as described in the contract and therefore have confessed to the following felonies; Believe that Fraud has been Committed and I Dennis-Randall: Gray hereby seek Damages by this Fraud and Swindle, Bank Fraud, Usury, Peonage, Extortion of Rights, Obstruction of Justice under Fraud, Racketeering, Deprivation of Rights, Conspiracy, Extortion of Money, Land Piracy., impeding the commerce of the Secured Party, and involuntary servitude

6. All administrative remedies have been exhausted including the execution of a Notarial Protest to obtain any evidence and/or testimony from Respondent that could aid in Respondents defense. No response has been received by the Public Official (Notary), and therefore this acquiescence will act as a witness against Respondent as evidenced by the attached CERTIFICATE OF DISHONOR which will act as a Default Judgment against Respondent who will then be taken in to bankruptcy liquidation whereby all the equity in the name of Respondent will be disposed of in a foreign proceeding.

It has been said, so it is done.

Dennis-Randall: Gray, Affiant

## NOTICE

Using a notary on this document does not constitute any adhesion or trust, nor does it alter my status in any manner. The only purpose for notary is verification and identification and not for entrance into any foreign or fictitious jurisdiction.

## JURAT

State of California,            §
                               §            At Law;
County of San Diego,           §
                               §

Subscribed and sworn to (or affirmed) before me on this 24, day of April, 2009.
By : Dennis-Randall: Gray,
Proved to me on the basis of satisfactory evidence to be the Person (s) who appeared before me

Notary-Public

Signature
Expiration date: 02/03/10            (Notary Seal)

CORAZON G. ESPIRITU
Commission # 1642885
Notary Public - California
San Diego County
My Comm. Expires Feb 3, 2010

# EXHIBIT 'E 2082.

UCC Financing Statement

Exhibit 13

9635

## DECLARATION BY AFFIDAVIT OF NOTARY PUBLIC

By this public act be it known to all whom it does concern that I, Notary Public by these presents. Did publicly
Issue Notary Protests and I, said Notary Public, do hereby Attest and Affirm by this Declaration that:

I, **Corazon G. Espiritu**, Notary Public in California, commissioned under Certificate #1642885, with an expiration date of February/03/2010, and in my Official Capacity, do hereby attest and affirm by this sworn **DECLARATION BY AFFIDAVIT** that I, Corazon G. Espiritu-Notary Public, am a Duly Commissioned Officer in and for the state of California who, is of proper Age and Capacity, and who, **"has determined the matters set forth"** and who did, in part, make an entry in My Official Notary Journal of the fact(s) that several Commercial Presentments, sworn affidavits, and Instruments relating to a Default Judgments attached hereto and the several Notary Protests that 'were entered into My **Official Notary Journal** log and issued by My Hand on behalf of the Creditor of Record, Dennis-Randall: Gray, Secured Party 08-7153038742. The transcripts from My Official Notary Journal log are available upon request as proof said attached Protests were in full, or in part, presented to the named-parties by My Hand and the Fact(s) relating thereto of said Protest(s) or said Default(s) or other sworn documents(s) bearing my autograph and Official Seal(s) are to the best of my knowledge and belief, True, Correct, and complete, not Misleading, and are in fact, Proof of the named-Parties in Default were OFFICIALLY NOTICED sworn to by My Hand and served on the dates-stated.

I, Corazon G. Espiritu, Notary Public, did verify the authenticity of the claims and RIGHT OF ACTION of said Notary, said Creditor and a foresaid Process, for I, said Notary, did, in full or in part, participate in, and by My Hand notarized and served documents to the named-parties in Default relating to several Notary Protest(s) executed in said county, on said dates indicated and who did provide NOTICE, postage paid pursuant to Creditor's Express Contract-Security-Agreement # DG03171943, under the Law of Merchants in Commerce and pursuant to the following: The TREATIES ON LAW RELATING TO THE OFFICE AND DUTIES OF NOTARIES PUBLIC by John Proffatt, L.L.B, and 'SECURED TRANSACTIONS UNDER THE UNIFORM COMMERCIAL CODE Second Edition by Ray B, Henson, and THE UNIFORM LAW ON NOTARIAL ACTS, the 'Law of Contracts' the 'Law of Nations' and the California Commercial Code Annotated 2004 section §3505-Evidenrce of Dishonor. And finally in conformity with the duties of the Notary as described in the California Notary Journal by the National Notary Associations book Notary Law & Practice Cases and Materials, all said documents, Notary Protest(s) and Default(s) were executed.

I, Corazon G. Espiritu, Notary Public, do hereby attest by this Declaration and sworn affidavit that the Instruments, Notarial Protest, Contracts and the Commercial Instruments and Presentments having affixed a Certificate of Custodian of Documents thereto, are all Documents which are true, correct, and complete copies of the originals that were, in full or in part, issued by My Hand and were part of the Official Notarial Acts executed by Me, Corazon G. Espiritu, Notary Public, who, duly authenticated the process and autographs and who performed the above-stated duties of Notary Public pursuant to California Law. Therefore, by this Sworn DECLARATION BY AFFIDAVIT, I, Corazon G. Espiritu, Notary Public, Affirm that I am willing able to testify and submit any evidence in support thereof that all the Notarial Acts executed, including the Default Judgment notarized by my Hand, are all authentic representations of the originals.

I, said Notary Public do attest by this declaration and sworn affidavit that the documents attached hereto were duly sworn, Notarized, Certified, Verified, and Exemplified, and executed pursuant to law, and that proper identification was made of each signature, autograph, document, and the Capacity and Standing was verified of all named parties who are properly a party to Aforesaid action, having proper Interest in, and Capacity to be a Party to the above-stated Protest and by Private Administrative Process, a Default Judgment

 

# EXHIBIT "F"   1 OF 2

UCC Financing Statement

9636

entered pursuant to Law exemplified case law at:

**Richelieu & Ontario Navigation Co. vs. Boston Marine Ins. Co... 136 U.S. 408 (1980)**. with Dishonor of Creditors presentments by the above-served Parties, who by Non-Acceptance and Non-performance per UCC § 3-509(3), have finalized this Secured Transaction under **Express Contract # DG03171943**, and have assented to said Judgment and to all <u>Terms and Conditions</u> of said contract # DG03171943 by the Default Judgment and are subject to a Non-Judicial lien.

Pursuant to Title 28. USC 1746(1) and executed "Without the United States" I, Corazon G. Espiritu, Notary Public affirms under penalty of perjury **Under the Laws** of the united States of America that the foregoing is true to the best of my belief and informed knowledge. And further deponent saith not. I now affix my signature and Seal to the above-cited affirmations with EXPLICIT RESERVATION OF ALL RIGHTS INALIENABLE RIGHTS WITIOUT PREJUDICE to any of those rights. Sworn to God as the truth, the whole truth and nothing but the truth this __24__ day of **April**, in the year two thousand Nine, at Yucaipa, California.

Autograph : _Corazon G Espiritu_
              Notary Public

CORAZON G. ESPIRITU
Commission # 1642885
Notary Public - California
San Diego County
My Comm. Expires Feb 3, 2010

# EXHIBIT "F" 2062.

UCC Financing Statement

Exhibit 14

**Parties:**
**FROM:**

9637

Dennis-Randall: Gray, Affiant
Claimant c/o 711 Mission Ave # 333
Oceanside California [92054]

**TO:** Respondent-Debtors
DREXEL LENDING GROUP 3333
Concourse Street, Ste.7102
Ontario, CA 1764

LEHMAN BROTHERS BANK, FSB
C/O Thomas Abbott, Attorney at Law
4375 Jutland Dr.-Suite-200
San Diego, CA [92177]

AURORA LOAN SERVICES
10350 Park Meadow Drive
Littleton, CO, [80124]

PITE & DUNCAN, LLP
Thomas Abbott, Attorney at Law
4375 Jutland Dr.-Suite-200
San Diego, CA [92177]

ROBERT E. WEISS INC.
C/O Cris A. Klingerman, Attorney at Law
920 South Village Oaks Dr
Covina, CA, [91724]

**DATE:** April/24/2009

RE: Loan Account #0033798224, executed on February/01/2007 for real estate commonly known as:
954 Surrey Drive, Bonita, California, [91902]

### FOR THE NOTICE OF THE SUBSTITUTION OF THE TRUSTEE

Contract No.DG03171943 AOCL

| California | ) | **FOR THE NOTICE TO AGENT IS BY THE NOTICE TO PRINCIPAL** |
|---|---|---|
| | ) ss | **FOR THE NOTICE TO PRINCIPAL IS BY THE NOTICE TO AGENT** |
| San Diego County | ) | |

I, Dennis-Randall: Gray, herein "Creditor", hereby state that I am competent for the making of the Following-Statements, I, Dennis-Randall: Gray has the First-Hand-Knowledge of the facts stated herein, that they are True, Correct, Complete and not meant for the Misleading and are in the Presentment in the Good-Faith:

1.  For the Corporations, entitled UNITED STATES OF AMERICA, UNITED STATES, STATE OF CALIFORNIA, and above named, herein "Debtors," are **Bankrupt** and must operate pursuant to House Joint-Resolution 192, June 5, 1933. The above corporations have been using the credit of Creditor since his birth, **March/17/1943**, without remuneration for the Creditor;

2.  For the Creditor has by Accepted all the offers and returned them for the above named Debtors thereby discharging all the Controversy and all the Charges. For the Debtors then Claimed that the charge still exists and therefore they are liable for the Debt.

3.  For the Creditor has by accepted all the offers and Claims issued by the Debtors and returned them towards the Debtors for the Proper-Processing. For the Debtors has failed for the Provide of a remedy and is by **Operating outside of the UNITED STATES Bankruptcy** and is a Criminal-Offense;

4.  For the Debtors are by the Holding of the discharging instrument, but has failed for the provide for the Creditor with a Copy of the 1099 Original Issue Discount, therefore Debtors are **TAX DELINQUENT** since the Claim is by the Consideration to be Creditor's exemption;

5.  For the Creditor has by the timely Notified of the Debtors and has Properly-Commenced and Concluded of Perfected Security interest against the Debtors. For the Perfected-Security interest-Contract-No.DG03171943 AOCL herein "Contract," includes all the Notices and including of a Certificate of the Dishonor herein "Information," issued by a Public-Official.



**EXHIBIT** "**G**" **1ᵒ2** UCC Financing Statement

9638

### For the Terms and Conditions

6. For the Timothy Franz Geithner, for the Chapter ~11, Bankruptcy-Trustee for the UNITED STATES, is hereby given a final Opportunity for the implementation an the Acceptance for the Honor if the Timothy Franz Geithner wishes for the Saving of the Honor of the Debtors by the Giving for the Creditor of a remedy. In the event Timothy Franz Geithner does not wish for the saving of the Honor of the Debtors, it will constitute of the Timothy Franz Geithner consent for the Substitution of a Trustee, whereas the Creditor will by the designate of an Assignee of the Creditor choice for the Liquidation of all Debtor's-Property in a Foreign-Proceeding Pursuant for the Contract-No. DG03171943;AOCL

7. For the Debtor has Ten (10) days of the date of the Postmark on this Mailing for the Provide remedy regarding of this Matter. In the event of the Debtor fails for the Provide of a remedy, For the Creditor will accept evidence of the Debtors'-dishonor as a refusal for the Volunteer into the Bankruptcy remedy. whereby the Debtors will be Stripped of all Immunity that the UNITED STATES Public-Policy may have otherwise afforded the Debtors. Upon the dishonor, for the Debtors are in the agreement in the Alternative for the Involuntary-Bankruptcy that will be initiated on the Debtors in a Private-Capacity;

8. In the event Debtors of the dishonors, Debtors agrees for the provide of a BANKRUPTCY FORM 5 in the accord with the 11 USCA 303 which is a Property-Description-List of all the Property held in the Debtors' names. For the Creditor will take of the equity and Place it for Sale and Proceed for the Liquidate of the Personal-Property for the Settlement of this Account. For the Debtors additionally agrees to be placed on a UCC-1 Financing Statement as DEBTOR attaching it to a Declaration of Involuntary Bankruptcy and a list of the Debtors' Collateral. Upon the filing of the UCC-1 form with the Secretary of the State of the California, for the Liquidation and disposition of the Property will be Executed Immediately.

Dated this  09  of April, 2009.  _____DENNIS-RANDALL: GRAY:_____
Dennis-Randall: Gray

## CALIFORNIA ALL PURPOSE ACKNOWLEDGEMENT

State of California
County of San Diego

On  4/24/09  before me, by  Corazon G. Espiritu. a Notary Public
Name and Title of Officer (Notary)

Personally appeared-Names of Signer (s) Dennis-Randall: Gray

Who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies). And that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I Certify under PENALTY OF PERJURY under the Laws of the State of California that the foregoing paragraph is true and correct

WITNESS my hand and official seal.

_____Corazon G. Espiritu_____
Signature of Notary Public

CORAZON G. ESPIRITU
Commission # 1642885
Notary Public - California
San Diego County
My Comm. Expires Feb 3, 2010

UCC Financing Statement        EXHIBIT "G" 282

9639

**Parties:**
**FROM:**
Dennis-Randall: Gray, Affiant Claimant
c/o 711 Mission Ave #333
Oceanside California [92054]

Trustee of the US
Department of the Treasury
Timothy Franz Geithner, Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington D.C. 20220

**TO:** Respondent-Debtors
DREXEL LENDING GROUP 3333
Concourse Street, Ste.7102
Ontario, CA 1764

LEHMAN BROTHERS BANK, FSB
C/O Thomas Abbott, Atty. at Law
4375 Jutland Dr.-Suite-200
San Diego, CA [92177]

AURORA LOAN SERVICES
10350 Park Meadow Drive
Littleton, CO, [80124]

PITE & DUNCAN, LLP
Thomas Abbott, Attorney at Law
4375 Jutland Dr.-Suite-200
San Diego, CA [92177]

ROBERT E. WEISS INCORPORATED
C/O Cris A. Klingerman, Atty. At Law
920 South Village Oaks Dr
Covina, CA, [91724]

**DATE:** April/24/2009
RE: Loan Account #0033798224, executed on February/01/2007 for real estate commonly known as:

### FOR THE SUBSTITUTION OF THE TRUSTEE
Contract No.DG03171943

| California | ) | **NOTICE TO AGENT IS NOTICE TO** |
|---|---|---|
| | ) SS | **PRINCIPAL NOTICE TO PRINCIPAL** |
| San Diego County | ) | **IS NOTICE TO AGENT** |

I, Dennis-Randall: Gray, herein "Creditor", hereby state that I am competent for the making of the Following-Statements, I, Dennis-Randall: Gray has the First-Hand-Knowledge of the facts stated herein, that they are True, Correct, Complete and not meant for the Misleading and are in the Presentment in the Good-Faith:

For the Creditor as the beneficiary hereby the Appoints of the Carol B. Cruz, is an Unincorporated Foreign-Corporation, as the Successor in the Chapter 7-Trustee under the Deed of Trust-Contract-No.20070101097 executed by DREXEL LENDING GROUP etal as Debtor; in which Maria R. Metcalf is named as Creditor, and under the Contract/Treaty" 253811350; whereby Timothy Franz Geithner is the Name as the Chapter-11-Trustee of the UNITED STATES Bankruptcy.

**WHEREAS,** the undersigned is the present Creditor under this Contracts and,
**WHEREAS,** the undersigned desires to substitute a new Trustee under said Contract
in the place and stead of said original Trustee there under.

**NOW, THEREFORE,** the undersigned hereby substitutes **Carol B. Cruz,** is an Unincorporated Foreign Corporation, 1462 Santa Sierra Dr. Chula Vista, California, [91913]

Dated this 24 of March, 2009.

*Dennis-Randall: Gray:*

Dennis-Randall: Gray, Creditor

# EXHIBIT 'H' 1062

UCC Financing Statement

9640

## CALIFORNIA ALL PURPOSE ACKNOWLEDGEMENT

State of California

County of San Diego

On __4/24/09__ before me, by _Corazon G. Espiritu, a Notary Public_
Name and Title of Officer (Notary)

Personally appeared-Names of Signer (s) Dennis-Randall: Gray

Who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies). And that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I Certify under PENALTY OF PERJURY under the Laws of the State of California that the foregoing paragraph is true and correct
WITNESS my hand and official seal.

_Corazon G. Espiritu_
Signature of Notary Public

```
CORAZON G. ESPIRITU
Commission # 1642885
Notary Public - California
San Diego County
My Comm. Expires Feb 3, 2010
```

# EXHIBIT 'H' 292.

UCC Financing Statement

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Aurora Loan Services LLC and Aurora Bank FSB

**DEFENDANTS**
Dennis Randall Gray                    10 JUL 27  AM 12: 17

**(b)** County of Residence of First Listed Plaintiff   Outside California
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant     San Diego
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Justin D. Balser, 511 Sixteenth Street, Denver, CO (303) 260-7712

Attorneys (If Known) 10 CV 1555        JLS BLM
Unknown                                DEPUTY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

### PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence
**Habeas Corpus:**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

### FORFEITURE/PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

### LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

### IMMIGRATION
☐ 462 Naturalization Application
☐ 463 Habeas Corpus - Alien Detainee
☐ 465 Other Immigration Actions

### BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

### SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☒ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332   1391  JLS   28:1331 MAM
Brief description of cause:
Unauthorized filing of a UCC Financing Statement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE                          DOCKET NUMBER

DATE
07/26/2010

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # 16270   AMOUNT $350   7/27/10 BJ   APPLYING IFP           JUDGE           MAG. JUDGE

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS016270
Cashier ID: bhartman
Transaction Date: 07/27/2010
Payer Name: AKERMAN SENTERFITT
------------------------------------
CIVIL FILING FEE
 For: AURORA LOAN SVCS V GRAY
 Case/Party: D-CAS-3-10-CV-001555-001
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 151050
 Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.
```