1 | DENNIS R. GRAY
2 | 4511 Corte Suave
  | Oceanside, CA 92056
3 | Ph. 619-571-7011



5 | Plaintiff, In Pro Per

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA LOAN SERVICES, LLC;<br>LEHMAN BROTHERS BANK, FSB n/k/a<br>AURORA BANK, FSB,<br><br>           Plaintiff,<br>vs.<br><br>DENNIS RANDALL GRAY,<br><br>           Defendant. | Case No.: 100-CV 1555 JLS BLM<br><br>[PROPOSED] ANSWER |

Defendant DENNIS RANDALL GRAY for himself and for no other party, hereby admits, denies and alleges for his Answer to the Complaint of plaintiff AURORA LOAN SERVICES, LLC; LEHMAN BROTHERS BANK, FSB n/k/a AURORA BANK, FSB as follows:

1. 1. Denied. In answering Paragraphs 1 and 2, Defendant lacks sufficient information or knowledge to form a belief regarding the truth of the allegations therein, and on that basis denies, generally and specifically, each and every allegation contained therein.

ANSWER TO COMPLAINT

2. Paragraph 3. Admitted in Part and Denied in Part. Defendant hereby denies that Defendant lives or has ever lived at 711 Mission Avenue, 3333, Oceanside, California 92054

3. In answering Paragraphs 4 and 5 Defendant admits the allegations therein.

4. In answering Paragraph 6, Defendant admits that he has a perfected lien filed against the plaintiff and denies all remaining allegations and innuendoes as those allegations are conclusion of law and therefore denied, and strict proof thereof is demanded at the time of trial and if a response is required than the Defendant hereby categorically denies all the said allegations.

5. In answering Paragraph 7, Defendant admits that he has a perfected lien filed against the plaintiff and denies all remaining allegations and innuendoes

6. In answering Paragraphs 8 Defendant denies the allegation that he filed an unauthorized UCC financing statement and admits the other allegations therein.

7. In answering Paragraph 9 Defendant admits the allegations therein

8. In answering Paragraph 10 Defendant denies the allegation that he filed any unauthorized UCC financing statement and admits the other allegations therein.

9. In answering Paragraph 11 Defendant denies the allegation that he filed any bogus documents and admits the true and correct copies of the Exhibits 5, 6, and 7 and admits the other allegations contained in the original letters and documents therein.

10. In answering Paragraph 12, Defendant admits that he has a perfected lien and UCC financing statement amendment filed against the plaintiff and denies all remaining allegations and innuendoes

11. In answering Paragraph 13 Defendant denies the allegation that he filed any bogus documents and admits the true and correct copies of the Exhibits 5, 6, and 7 and admits the other allegations contained in the original letters and documents therein.

12. In answering Paragraphs 14, 15, 16, and 17, Defendant admits the allegations therein.

13. In answering Paragraph 18, Defendant denies that the UCC documents that he recorded and filed had no legitimate purpose, and admits in part the remaining allegations therein.

## FIRST CAUSE OF ACTION

### (Unauthorized Filing Of UCC Financing Statements)

14. In answering Paragraph 10, Defendant restates and realleges paragraphs 1 through 18 as thought set forth in full.

15. In answering Paragraphs 21, 22, 23, 24, 25, 26, and 27, the Defendant is without sufficient knowledge or information, after reasonable investigation, to form a belief as to the truth of the allegations contained therein and/or those allegations are conclusions of law and therefore denied, and strict proof thereof is demanded at the time of trial and if a response is required than the Defendant hereby categorically denies all the said allegations.

///

///

## SECOND CAUSE OF ACTION

### (Improper Recording)

16. In answering Paragraph 28, Defendant restates and realleges paragraphs 1 through 27 as thought set forth in full.

17. In answering Paragraphs 29, the Defendant is without sufficient knowledge or information, after reasonable investigation, to form a belief as to the truth of the allegations contained therein and/or those allegations are conclusions of law and therefore denied, and strict proof thereof is demanded at the time of trial and if a response is required than the Defendant hereby categorically denies all the said allegations. For his affirmative defenses, Defendant alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

### (No Loss)

18. Defendant is informed and believes and thereon alleges that Plaintiff has sustained no loss or damages as a result of the conduct of Defendant.

### SECOND AFFIRMATIVE DEFENSE

### (Speculative And Uncertain Damages)

19. Defendant is informed and believes and thereon alleges that Plaintiff's losses, if any, are speculative and/or uncertain, and therefore, not compensable based upon lack of authenticated and verified validation of alleged debt.

### THIRD AFFIRMATIVE DEFENSE

### (Unclean Hands)

20. Defendant is informed and believes and thereon alleges that the Complaint, and each purported cause of action contained therein, is barred in its entirety by reason of Plaintiff's unclean hands and misrepresentations.

## FOURTH AFFIRMATIVE DEFENSE

### (Laches)

21. Defendant is informed and believes and thereon alleges that the Complaint, and each purported cause of action contained therein, is barred by the equitable doctrine of laches.

## FIFTH AFFIRMATIVE DEFENSE

### (Waiver)

22. Defendant is informed and believes and thereon alleges that by virtue of the knowledge, statements and conduct of Plaintiff, his agents, employees and representatives, Plaintiff has waived any right to bring this action.

## SIXTH AFFIRMATIVE DEFENSE

### (Estoppel)

23. Defendant is informed and believes and thereon alleges that Plaintiff, by virtue of his acts, omissions, conduct, statements and/or representations is estopped from bringing this action.

## SEVENTH AFFIRMATIVE DEFENSE

### (No Liability)

24. Defendant alleges that he committed no wrongful acts as to Plaintiff and, therefore, is not responsible for the damages to Plaintiff, if any there be.

## EIGHTH AFFIRMATIVE DEFENSE

### (No Actual Liability)

25. Defendant alleges that the actions and/or omissions complained of were caused by actions, omissions and/or errors of individuals and/or entities, whether parties to this litigation or not, over whom Defendant has neither authority or

ability to control. Further Defendant would aver that these individuals and or entities were not agents, servants or employees for whom he may be held vicariously responsible and, therefore, he is not responsible for any damages.

### NINETH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

26. Defendant alleges that the Plaintiff failed to mitigate his damages.

**WHEREFORE**, Defendant Dennis Randall Gray prays for judgment as follows:

1. That Plaintiff take nothing by its Complaint;
2. For costs of suit and reasonable attorneys' fees pursuant to statute as incurred; and
3. For such other and further relief as the court deems just and proper.

Date: June 9, 2011

*[signature]*
DENNIS RANDALL GRAY

### VERIFICATION

I have read the foregoing **ANSWER** and know its contents.

I am a party to this action. The matters stated in the foregoing document are true of my knowledge except as to those matters which are stated on information and belief, and as of those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 9, 2011, at Oceanside, California.

_____Dennis Randall Gray      *[signature]*
                                                 Signature

# CERTIFICATE OF SERVICE

On June 9, 2011, I, do hereby certify that I am over the age of eighteen (18), and not an interested party to the above referenced issue, and I sent by fax as agreed to by plaintiff's counsel, a true and correct copy of the following document: ANSWER

Justin D. Blazer, Esq.
AKERMAN SENTERFTIT, LLP
725 South Figueroa Street
Los Angeles, CA 90017-5433

By Facsimile transmission to 213-627-6342

I certify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 9, 2011, at Oceanside, California.

_____
Art Nuno     (Signature)