1  Dennis R. Gray
   4511 Corte Suave
2  Oceanside CA 92056
   Phone 619-571-7011
3
   
4  Defendant in suri juris
   FILED

   12 APR 19 PM 3: 26

   CLERK, U.S. DISTRICT C...
   SOUTHERN DISTRICT OF CALIFORNIA

   BY:  _____  DEPUTY

7           UNITED STATES DISTRICT COURT

8           SOUTHERN DISTRICT OF CALIFORNIA

10 AURORA LOAN SERVICES LLC and          ) Case No.:3:10-CV-01555-JLS-BLM
                                         ) Hon. Janis L. Sammartino
11 LEHMAN BROTHERS BANK, FSB n/k/a       )
                                         ) DEFENDANT'S OPPOSITION TO
12 AURORA BANK FSB                       ) PLAINTIFF'S MOTION FOR SUMMARY
                                         ) JUDGMENT
13           Plaintiff,                  )
                                         )
14                                       )
       v.                                ) Hearing Date: MAY 31ST , 2012 None set
15                                       ) Time:    1:30 PM .
   DENNIS RANDALL GRAY                   )  Crtrm: 6
16                                       )
           Defendant,                    )
17

18        Defendant Dennis-Randall: Gray:, secured party creditor, ("GRAY") respectfully

19 opposes Plaintiff's motion for summary judgment.

20        The motion for a summary judgment alleges that there are no disputed factual issues and

21 that it has evidence supporting their claim.  However, plaintiff and its counsel has presented no

22 evidence to support a legal right to rescind a duly perfected lien which is properly  perfected

23 under the law.   Although plaintiff may agree to stipulations for the UCC filings and their

24 agreement to the same as noted in defendants exhibits J through O there is no admissible

25 evidence to support this motion.  Plaintiff as produced  no experts to support its assertion that it

26 is entitled to demand a rescission of this duly perfected lien.

                              – 1 –

**PLAINTIFF HAS FAILED TO SHOW A LEGALLY ENFORCEABLE RIGHT TO EXTINGUISH DEFENDANT'S DULY PERFECTED LIEN.**

A factual claim requires the citing of a known duty the breach of which is the causation of damages as attested to by at least one competent fact witness (according to federal rule 17, (a) Real Party in Interest.) testifies under oath and subject to cross examination regarding authenticated evidence as per Federal rules of evidence 1002,1003, 901, 902 & 903.

In the present case plaintiff's counsel appears to support the summary judgment motion by his hearsay declarations that are fatally flawed by lack of foundation and lack of personal knowledge as are all said supporting declarations.  Pursuant to **TRINSEY, v. PAGLIARO, 229 F.Supp. 647 (1964):**

> **"Statements of counsel in their briefs or argument while enlightening to the Court are not sufficient for purposes of granting a motion to dismiss or summary judgment"**

However, the lack of claim upon which this court can grant relief to the plaintiff is obvious.   Plaintiff either knew or should have known already about the conduct at issue. Defendant  is a party who has filed his superior commercial lien  pursuant to his Constitutional Right to  Due Process, to protect his home,  investment and labor in more than doubling the size of his principal dwelling place and claims ownership of,  in, and relating to real property  against the wrongful claims made by plaintiff  and its successors.  Said claim was duly perfected under the law.  Plaintiff has not shown otherwise.  For the sake of argument, this disputed factual  issue cannot be determined by summary judgment motion herein.

Pursuant to his constitutional rights to due process,  the Fifth Amendment *of the United States Constitution states, "No individual shall be deprived of life, liberty, or property, without due process of law...* "According to the Fourteenth Amendment *of the United States Constitution,* Due Process Clause and Equal Protection clause (Section 1), expressly declares no

– 2 –

state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law..."

Foreclosure in California has created a crisis in compliance which is illustrated by the analysis of the related recorded assignments, notice of default, substitution of trustee, Notice of trustee sale, suspicious activities indicative of fraud and conflicts relating to Mortgage Electronic Registration Systems, Inc. ("MERS"). All of these controversial topics are present in the instant matter raising multiple issues ab initio as noted on the first page of the Deed of Trust.

The court can see that plaintiff is not the lender and the infamous MERS is "acting solely as a nominee for Lender and Lender's successors and assigns." Although Robert E. Weiss initiated the Notice of Default claiming to be the "duly appointed Trustee", there is no recorded chain of title to indicate related substitutions and /or assignments timely executed. The bank appears to be self assigned without legal standing. The Trustee participating in the foreclosure is not the original Trustee and raises multiple assignment issues and false claims of current beneficiary. Nonetheless the foreclosure was executed in defiance of validation requests and a broken chain of title. Void fraudulent documents recorded by plaintiff and its predecessors have clouded the title even though under color of law plaintiff plowed forward with a myriad of errors.

## UNDERLYING FACTUAL BACKGROUND

Defendant believes alleges and maintains that Plaintiff and its agents under their default and resulting confession of administrative judgment affirmed Plaintiff's irrevocable conveyance of authority and Tacit Agreement granting Gray the authority for the acquisition, procurement, and/or production of any and all records, documents, and/or communications necessary for the securing of any and all rights, titles, and interests in and on all collateral in the association with his priority security interest for the subject Deed of Trust to Claimant Gray's payoff demand statement to the plaintiff, its successors and its agents.

– 3 –

OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

The plaintiff's default where it has a requirement to respond timely or waive any object,

it affirmed its irrevocable conveyance of authority and Tacit Agreement granting Gray full

authorization in signing and/or endorsing , authority to execute and record, as an authorized

representative, attorney in fact, and/or on behalf of all named Respondents and any and all other

entities noticed therein including any and all named successors, assigns, transferees for the

acquisition, procurement and/or production of any and all records, documents, and/or

communications necessary for the securing of any and all rights, titles, and interests in or

pertaining to any and all collateral in the association with or the security for the Deed of Trust to

the Claimant Gray for his investment, time, and labor as submitted on invoices . In addition by

the default, the Respondent/Plaintiff waived an and all claims, rights, immunities and defenses.

In addition under the requirements of the administrative process of the perfecting of the

lien Plaintiff consented with the filing of encumbrances including but not limited to,

Liens, writs of possession, writs of execution, and writs of attachment, on any and all property,

fixtures , accounts, and public hazard bonds by the Claimant Gray against the Respondent

Plaintiff for any and all actions taken by the Respondent/Plaintiff with the semblance of

harassment, coercion, defrauding, and/or defamation of the Claimant Gray and/or the Claimant's

collateral. The default stated that the matter is deemed res judicata and stare decisis, thus this

court has no jurisdiction for the instant case.

Here Movant seeks to claim immunity from the consequences of its own actions. The

Respondent/Plaintiff waived any and all claims, rights, immunities and defenses. Defendant is

entitled to assert that the Court is mandated to protect his lien interest in his home and labor

investment which was vested in the real property in question that was converted by plaintiff to its

interests without compensation to Claimant Gray.

State Court law assumes the Trustees Deed Upon Sale document to be valid, in spite

of its provably fraudulent nature. The property must be sold at public auction to the highest

bidder. Furthermore plaintiffs as beneficiaries having purchased the subject property by a credit

– 4 –

1  bid at an invalid and therefore void auction can not be considered a bona fide purchaser under

2  state of California Law.

3      Defendant Gray was deprived of his interest in a home with a fair market value that

4  greatly exceeded the purchase price reported by the beneficiary who purports to have purchased

5  the subject property as their own sale by a credit bid at auction, for which unlawful devaluation

6  that he was not compensated for his priority commercial lien previously noticed to all parties.

7      Plaintiff wrongfully claims to be the owner of real property where Defendant resided

8  with his fiancée Maria Metcalf and seeks to wrongfully vacate Defendant's seasoned perfected

9  commercial liens from the real property so described and identified by proper Uniform

10  Commercial Code filings which it consented to.

11      Plaintiff fraudulently claims that title to commercial liens attached to the subject property

12  referenced above was extinguished by foreclosure and has reported and recorded an invalid

13  Trustee's Sale which has been fraudulently misrepresented inadmissible evidence of which has

14  been included herein as a fraud upon the Court . There are multiple issues of its entitlement, and

15  wrongful demands that defendant voluntarily extinguish his lien.

16      The conditional rights alleged by the plaintiff are subject to its obligation to perform, but

17  said plaintiff lost its claim for superior right in the property and is not entitled to claim priority

18  over Gray's lien against them resulting from its unlawful foreclosure sale without satisfying

19  Gray's lien.

20      Plaintiff argues that the case involves one issue "whether or not defendant Gray was

21  authorized to file UCC financing statements naming plantiffs' as a debtor".  However, it

22  attempts to mislead this court as there are multiple disputed issues of fact and no determination

23  of the multiple issues of consensual agreement.  Under relevant federal codes and  under

24  California Civil Code §2924 he is denied or cannot enforce his equal rights to contract for and

25  secure improvements on the subject real property in the Superior Courts of the State of

26  California on account of that unconstitutional California statute §2924, which specifically

27

28                              – 5 –

OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

violates the equal protection of the laws and equal access to the courts and to due process of law granted and secured by 42 U.S.C. §§1981 & 1982.

Defendant Gray alleges that §2924 denies his equal protection of the laws in that this statute creates what California Courts have construed as a series of "irrebuttable presumptions" in favor of foreclosure and against any defendant in an eviction after non-judicial foreclosure suit. However, as his investment and labor entitled him to a commercial lien which was not compensated for following the foreclosure sale, his commercial lien still survives against the plaintiff's interest in any and all other property interests per terms of the Tacit Agreement and Consent . In other words, Defendant Gray has an inalienable right that was not waived to the compensation of his dully perfected priority commercial lien against the plaintiff.

Because Plaintiff alleges its complaint is entirely based on a single issue, the Court must recognize that Defendant cannot effectively prepare a defense so long as Plaintiff's single issue ignores defendant's claims making the commercial lien a moving target.

Coercion tactics do not work where defendant repeatedly shows even a grain of truth. The plaintiff has never made any proposal nor change of its rigid Bank posture to an acceptable compromise offer of settlement.

The moving papers have multiple defects and ignore the multiple factual disputes from determination of party of interest, to avoidance and delay of required validation and compensation for commercial investments of the third party whose material and labor investment resulted in more than doubling the residential property square footage and increased the property's value from a simple three bedroom tract home to a multi-level, Multi-Family artfully designed model home, and more to be presented at the time of trial.

Accordingly, Defendant respectfully opposes the Motion.

– 6 –

OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

## ARGUMENT

## STANDARDS FOR GRANTING OF MOTIONS FOR SUMMARY JUDGMENT HAVE NOT BEEN MET.

It is well settled under Federal law and California law that, in adjudicating a motion for summary judgment, a court must strictly construe the evidence of the moving party and liberally construe the evidence of the opposing party. "Nevertheless, a party opposing a motion for summary judgment which is supported by affidavits or declarations sufficient to sustain the motion, has the burden of showing that triable issues of fact exist. The purpose of the summary procedure is to penetrate through evasive language and adept pleading and ascertain the existence or absence of triable issues." Chern v. Bank of America, 15 Cal. 3d 866, 873, 127 Cal. Rptr. 110, 544 P.2d 1310 (1976). Accordingly, plaintiff must demonstrate the existence of a triable issue of material fact in order to defeat the summary judgment motion.

In a motion for summary judgment, the moving party has the burden of establishing evidentiary facts which will entitle him to a judgment as a matter of law. Code of Civil Procedure Section 437c(c); Vesely v. Sager, 5 Cal. 3d 153, 169, 95 Cal. Rptr. 623, 486 P.2d 151 (1971). This burden remains upon the moving party whether or not the respondent has filed papers in opposition. Vesely v. Sager, supra, 5 Cal. 3d at 169.

The burden of a defendant/summary judgment Movant is not met by merely showing that plaintiff lacks evidence to prove his claims. Barnes v. Blue Haven Pools, 1 Cal. App. 3d 123, 127, 81 Cal. Rptr. 44 (1969). That plaintiff would have the burden of proof at trial is irrelevant for the purposes of a summary judgment motion. Security Pacific National Bank v. Associated Motor Sales, 106 Cal. App. 3d 171, 179, 165 Cal. Rptr. 38 (1980).

A defendant must eliminate all causes of action in the complaint in order to prevail on a motion for summary judgment. See Brejcha v. Wilson Machinery, Inc., 160 Cal. App. 3d 630, 206 Cal. Rptr. 688 (1984).

-7-

1    The burden of going forward rests on the moving party in a motion for summary
2  judgment, even where the moving party is a defendant.  Conn v. National Can Corp., 124 Cal.
3  App. 3d 630, 638, 177 Cal. Rptr. 445 (1981).  A defendant seeking summary judgment "must
4  show clearly that plaintiff's action has no merit . . . it is the defendant's burden to rule out all
5  possible merit."  Residents of Beverly Glen, Inc. v. City of Los Angeles, 34 Cal. App. 3d 117,
6  127, 109 Cal. Rptr. 724 (1973) (emphasis in original).

7    This is mere a vaguely disguised attempt to make a frivolous claim when plaintiff has
8  already waived any defenses to the duly perfected commercial lien.  The Court has a mandatory
9  duty to deny the motion.

**IN ORDER TO PROVE DAMAGES OR THAT LIEN MUST BE RESCINDED PLAINTIFF MUST ENTER FOUNDATION AND EVIDENCE INTO THE RECORD THROUGH A COMPETENT FACT WITNESS.**

To prove up claim of damages, the plaintiff party must enter evidence incorporating records such a  general ledger and accounting of an alleged unpaid note account, the  person responsible for the related files and dated by the person who maintains  the files and ledger. See Pacific Concrete F.C. U. v. Kauanoe, 614 P.2d 936 (1980).

Attorney Declaration , which is based on a "review of  records" (which are per se

incompetent hearsay) by someone without personal knowledge, is thus incompetent to

support the Plaintiff's Motion for Summary Judgment as a matter of law and California

procedure.  There is no evidence before this court to support a summary judgment as there

are multiple issues of disputed fact.

Defendant objects to the other declarations from non appearing witnesses that he is not able

to cross examine. Such Declarations are inappropriate and must be  stricken as they call for a

legal opinion in the areas identified that they does not purport  to be qualified to give and is

tantamount to the court accepting inadmissible hearsay as evidence . There are many

– 8 –

OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

disputed issues that are beyond either not before this court's jurisdiction to resolve in a summary judgment motion or plaintiff fails to present a claim upon which relief can be granted. Therefore this motion must be denied.

Further, this court shall notice that the so-called exhibits to support plaintiff's motion by declaration are a substantive and procedural nullity and cannot be considered by this court.

## **CONCLUSION**

For the reasons set forth above, Plaintiff's Motion for Summary Judgment is unfounded , lacks admissible supporting evidence, and is untimely. Plaintiff's purported evidence is tainted, lacks foundation in order to be considered as admissible evidence, and presents the specter of continued denial of its consensual Tacit Agreement to the default and perfected commercial lien filed by Defendant Gray. There is no admissible evidence to support the plaintiff's motion for summary judgment,

Therefore, Defendant respectfully requests that Plaintiff's Motion for Summary Judgment be denied.

Respectfully Submitted

Dated: April 19, 2011

*Dennis-Randall:Gray:*

Dennis-Randall: Gray:, *pro se defendant*
*Secured Party Creditor*

– 9 –

OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Dennis R. Gray
4511 Corte Suave
Oceanside CA 92056
Ph. 619-571-7011

Self Represented Defendant

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA LOAN SERVICES, LLC, LEHMAN BROTHERS BANK,, FSB, N/K/A/ AURORA BANK FSB <br><br> Plaintiff, <br><br> vs. <br><br> DENNIS RANDALL GRAY <br><br> Defendant | **CASE NO: 10 CV1555-JLS-BLM** **Hon Janis L. Sammartino** <br><br> **MOTION IN OPPOSITION TO SUMMARY JUDGMENT** **Declaration of Dennis-Randall: Gray:** <br><br> **Date:** **, 2012** **Time:** **Courtroom 6** <br><br> **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

I, Dennis-Randall: Gray:, Defendant, declare

1. I am the Defendant and a party in the within matter. The facts set forth herein are within my personal knowledge and, if called upon to do so, I could and would competently testify thereto under oath. This declaration is made in support of my motion to in opposition to a summary judgment.

2. I ask that this Court grant this motion to prevent third parties who have no standing as the true party in interest to take my property rights from

me. There is no relationship between mine and their attempt to coerce a rescission of my duly perfected lien.

3. All correspondence (A total of 9 documents, Exhibits A (2) thru H) in regards to the Labor, Materials and Funds expended into the subject property, sent under Notary Seal were never responded to. As presented in Exhibits A through H presented in Defendants initial disclosures. This is evidences that the plaintiff has no claim against me and a summary judgment cannot be granted due to disputed factual claims.

4. All correspondence (A total of 6 documents, Exhibits I thru O) in regards to the claims against the subject property, sent under Notary Seal were never responded to and were acquiesced to by silence. As presented in Exhibits I through O presented in Herein. Further the doctrine of Laches prohibits any further action. Put another way, failure to assert one's rights in a timely manner can result in a claim being barred by laches.

5. The Substitution of Trustee from Old Republic Title Company to Robert E. Weiss, Inc. was never recorded. Fannie Mae release 98-06 states that if a NOD, NOTS and trustee sale is done without the Properly noticed and recorded Substitution of Trustee, as per California Civil Code 2934.a, then the Trustee sale is VOID, see **Dimock V. Emerald Properties. (2000) 81 CA 3th 868, 97 CR2d 255**.

6. The Corporate Assignment of the Deed, without the Note, was dated December 31, 2007 and recorded together with the Trustees Deed upon

Declaration of dennis-randall: gray:

Sale on February 28, 2008. This document was signed by a Michelle Thompson (A notarized, stamped signature, IE. "ROBOSIGNED") as Vice President for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR DREXALL LENDING GROUP. MERS does not have any employees.

7. The first NOD was signed & dated 9/24/2007 and signed by Cris A Klingerman as agent for (?) but this document was submitted by ROBERT E. WEISS, INCORPORATED. who was not a duly authorized Trustee. There is no recorded Substitution of Trustee at the San Diego County Recorders office.

8. The Notice of Trustee Sale was signed & dated December 20, 2007 a full 11 days prior to the Corporate Assignment of the Deed by MERS (This was dated but unrecorded until a full two (2) months later).

9. The property was wrongfully foreclosed per the above details and the property was sold to a third party for $399,000.00 (Approximately) while there was a claim of lien against the property. Title insurance should not have been given.

10. AURORA LOAN SERVICES HAS HAD NO LICENSE TO OPERATE IN CALIFORNIA SINCE 2006 and during the alleged period of time.

11. No foreclosure may be processed in MERS' name without first obtaining this verification. **We encourage Members to bring foreclosures only in the name of the holder of the note,** in the name of the trustee or the servicer of record acting on behalf of the trustee. There was no recorded transfer of Note & Deed, together, to the servicer "AURORA LOAN SERVICE" at anytime. There is no legal standing for the plaintiff

3

to demand defendant relinquish his duly perfected lien and claims duely perfected under the law. Plaintiff has not satisfied the rightful debts it owes the defendant and seeks to coerce or intimidate me into giving away what I am legally entitled to.

12. I request that the court grant dismissal of this case and deny the motion for summary judgment for there are disputed issues of entitlement asserted falsely by plaintiff.

13. There is no admissible evidence before this court to support this motion. Statements of plaintiff's counsel are insufficient and inadmissible as evidence to prove its assertions in order to grant a motion for summary judgment.

I declare under penalty of perjury of the laws of the Untied States of America that the foregoing is true and correct.

Executed on April 19, 2012 at Oceanside California.

Dennis Gray

4

# CERTIFICATE OF SERVICE

On April 19, 2012, I, do hereby certify that I am over the age of eighteen (18), and not an interested party to the above referenced issue, and I sent by email as agreed to by plaintiff's counsel, a true and correct copy of the following document:

**MOTION IN OPPOSITION TO SUMMARY JUDGMENT**
**Declaration of Dennis-Randall: Gray:**

Justin D. Balser, Esq.
AKERMAN SENTERFTIT, LLP
725 South Figueroa Street
Los Angeles, CA 90017-5433

Andrew H. Hall
1400 Wewatta Street, Suite 500
Denver, CO 80202

By Email to: justin.balser@akerman.com
       Email to: andrew.hall@akerman.com

I certify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 19, 2012, at Oceanside, California.

_____
Art Nuno       (Signature)

# Exhibit "L" thru "O"

# dennis-randall: gray:

**"l".**  On April 24, 2009, "For the certificate of Dishonor"
**No Response (Acquiescence\* by Silence)**

**"m".**  On April 24, 2009, "Notice of Default and Entry for Default Judgment" **No Response (Acquiescence\* by Silence)**

**"n".**  On April 24, 2009, "For the Notice of The Substitution of The Trustee" **No Response (Acquiescence\* by Silence)**

**"o".**  On March 24, 2009, "For The Substitution of The Trustee" **No Response (Acquiescence\* by Silence)**

For a Security (~15-U.S.C.)

For the Commercial-Affidavit

For the Affidavit of the Notice, of the Declaration

and Demand for the Fair-Notice and Warning of a

Commercial-Grace for the Notice of the Non-Judicial-Proceeding.

This is a U.S.S.E.C.-Tracer-Flag-Not a Point of the Law

# FOR THE CERTIFICATE OF THE DISHONOR

I, **Corazon G. Espiritu**, am the Notary for whom all Communications will be mailed towards the Notary regarding of this Contract of the Entitlement AFFIDAVIT OF OBLIGATION CONDITIONAL-ACCEPTANCE-Contract-No.DG03171943 in response for the Deed of Trust-Public-Account-No.2007-0101097, herein "Presentment."

Pursuant of the California-Commercial-Codes-3505 (b), and Uniform-Commercial-Code 3-505(b) and 1-202, Notice of the Protest is hereby given with this Certificate of the Dishonor regarding of the following:

On the December/28/2007, I the Notary sent a Affidavit of Obligation under Notary Seal for and Notary Certificate of Service-Mailing-No.7008 0150 0002 6259 4410 for the Dennis-Randall: Gray Presentment for the Respondents; and Locations as Follows as Lien Debtors:

| DREXEL LENDING GROUP | LEHMAN BROTHERS BANK, FSB | AURORA LOAN SERVICES |
|---|---|---|
| 8200 Haven Ave-Suite-2109 | 327 INVERNESS DR | 10350 Park Meadow Drive |
| Rancho Cucamonga, Calif, 91730 | South Englewood, Colo, 80112 | Littleton, Colo, [80124] |

| PITE DUNCAN, LLP. Attorney At Law | ROBERT E. WEISS INCORPORATED |
|---|---|
| 4375 Jutland Dr.-Suite-200 | 920 South Village Oaks Dr |
| San Diego, California, [92177] | Covina, California, [91724] |

who was given ~21-days for the Response of Accepted for Value Deed of Trust-No.2007-0101097. there was no Response by the Respondents

On the January/15/2008, For the Proof of the Service shows a Notice of the Fault and Opportunity for the Cure under Notary Seal for and Notary Certificate of Service-Mailing-No.7007 0220 0002 9169 7501 was by mailed for the Respondent who was given Additional~10-days for the response.

On the April/10/2009, For the Proof of the Service shows a Notice of the Default was mailed for the Respondent under Notary Seal for and Notary Certificate of Service-Mailing-No. 7008 3230 0001 5586 0345.

As of this date April/24/2009, there is no response had been delivered for the Notary, for the designated receiver. I the Notary interviewed Dennis-Randall: Gray, whose affidavit is by the attachment for this Notarial-Protest. Dennis-Randall: Gray, has by stated for the Notary by the affidavit that the Petitioner has received no response by the Respondents for the Contract at any other Mailing-Location. Based on the Foregoing-Information, For the Respondent has by dishonored of the Dennis-Randall: Gray Presentments by the Non-Acceptance and/or Non-Performance and Non-Payment and have therefore assented for the Terms and Conditions in the Secure-Party, Contract.

Sincerely,

Notary Public, Corazon G. Espiritu,
P.O. Box-390157,
San Diego, California state [92149]



CORAZON G. ESPIRITU
Commission # 1642885
Notary Public - California
San Diego County
My Comm. Expires Feb 3, 2010

(Stamp) (Seal)

# EXHIBIT "L" 

UCC Financing Statement

**Parties:**
**FROM:**
Dennis-Randall: Gray, Affiant
Claimant c/o 711 Mission Ave # 333
Oceanside California [92054]

April 24, 2009

**TO:** Respondent-Debtors
DREXEL LENDING GROUP 3333
Concourse Street, Ste.7102
Ontario, CA 1764

LEHMAN BROTHERS BANK, FSB
C/O Thomas Abbott, Attorney at Law
4375 Jutland Dr.-Suite-200
San Diego, CA [92177]

AURORA LOAN SERVICES
10350 Park Meadow Drive
Littleton, CO, [80124]

PITE & DUNCAN, LLP
Thomas Abbott, Attorney at Law
4375 Jutland Dr.-Suite-200
San Diego, CA [92177]

ROBERT E. WEISS INC.
C/O Cris A. Klingerman, Attorney at Law
920 South Village Oaks Dr
Covina, CA, [91724]

**DATE:** April/24/2009

RE: Loan Account #0033798224, executed on February/01/2007 for real estate commonly known as:
954 Surrey Drive, Bonita, California, [91902]

### NOTICE OF DEFAULT AND ENTRY FOR DEFAULT JUDGMENT

Contract No.DG03171943 AOCL

| California | ) | **FOR THE NOTICE TO AGENT IS BY THE NOTICE TO PRINCIPAL** |
|---|---|---|
| | ) ss | **FOR THE NOTICE TO PRINCIPAL IS BY THE NOTICE TO AGENT** |
| San Diego County | ) | |

     I, Dennis-Randall: Gray, herein "Affiant," having been duly sworn, declares that affidavit and response of the parties to the contract entitled, Notice of NOTICE OF ACCEPTANCE TO CONTRACT, hereinafter "Contract," are in full agreement regarding the following:

1.   For this Affiant is by competent for the stating of the matters included in Dennis-Randall: Gray declaration, has knowledge of the facts, and declared that to the best of Dennis-Randall: Gray's knowledge, the statements made in Dennis-Randall: Gray affidavit are true, correct, and not meant to mislead;

2.   For this Affiant is by the Secured-Party, superior claimant, holder in due course, and principal creditor having a registered priority lien hold interest to all property held in the name of Dennis-Randall: Gray and or Maria-Rosario: Metcalf: organization-No.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/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, evidenced by UCC-1 Financing StatementNo.08-7153038742/ 08-7167746703 filed with the Secretary of State of the State of California.

3.   On December/28/2007, Affiant sent Respondents a Notice of Acceptance to Contract of the Deed of Trust-No. 2007-0101097, in the Office of the San Diego County Recorder, State of the California. **Affidavit of Obligation** each by Certified mail, stating that he had exercised his power of acceptance and accepted all offers and actions made by Respondents with qualified terms as detailed in the Contract.

4.   Affiant or the designated Notary has received no response to date so Respondents are in Default and have therefore fully agreed to all of the terms and conditions of the contract

**EXHIBIT 'M'** 182 UCC Financing Statement

5. Respondents have fully assented to all the actions as described in the contract and therefore have confessed to the following felonies; Believe that Fraud has been Committed and I Dennis-Randall: Gray hereby seek Damages by this Fraud and Swindle, Bank Fraud, Usury, Peonage, Extortion of Rights, Obstruction of Justice under Fraud, Racketeering, Deprivation of Rights, Conspiracy, Extortion of Money, Land Piracy., impeding the commerce of the Secured Party, and involuntary servitude

6. All administrative remedies have been exhausted including the execution of a Notarial Protest to obtain any evidence and/or testimony from Respondent that could aid in Respondents defense. No response has been received by the Public Official (Notary), and therefore this acquiescence will act as a witness against Respondent as evidenced by the attached CERTIFICATE OF DISHONOR which will act as a Default Judgment against Respondent who will then be taken in to bankruptcy liquidation whereby all the equity in the name of Respondent will be disposed of in a foreign proceeding.

It has been said, so it is done.

Dennis-Randall: Gray, Affiant

## NOTICE

Using a notary on this document does not constitute any adhesion or trust, nor does it alter my status in any manner. The only purpose for notary is verification and identification and not for entrance into any foreign or fictitious jurisdiction.

## JURAT

State of California,     §

§     At Law;

County of San Diego,     §

§

Subscribed and sworn to (or affirmed) before me on this 24, day of April, 2009.
By : Dennis-Randall: Gray,
Proved to me on the basis of satisfactory evidence to be the Person (s) who appeared before me

Notary-Public

Signature

Expiration date: 02 /03 /10       (Notary Seal)

CORAZON G. ESPIRITU
Commission # 1642885
Notary Public - California
San Diego County
My Comm. Expires Feb 3, 2010

# EXHIBIT 'M' 2๕2

• UCC Financing Statement

# DECLARATION BY AFFIDAVIT OF NOTARY PUBLIC

**By this public act be it known to all whom it does concern that I, Notary Public by these presents. Did publicly Issue Notary Protests and I, said Notary Public, do hereby Attest and Affirm by this Declaration that:**

I, **Corazon G. Espiritu**, Notary Public in California, commissioned under Certificate #1642885, with an expiration date of February/03/2010, and in my Official Capacity, do hereby attest and affirm by this sworn **DECLARATION BY AFFIDAVIT** that I, Corazon G. Espiritu-Notary Public, am a Duly Commissioned Officer in and for the state of California who, is of proper Age and Capacity, and who, **"has determined the matters set forth"** and who did, in part, make an entry in My <u>Official Notary Journal</u> of the fact(s) that several Commercial Presentments, sworn affidavits, and Instruments relating to a Default Judgments attached hereto and the several Notary Protests that 'were entered into My **<u>Official Notary Journal</u>** log and issued by My Hand on behalf of the Creditor of Record, Dennis-Randall: Gray, Secured Party 08-7153038742. The transcripts from My <u>Official Notary Journal</u> log are available upon request as proof said attached Protests were in full, or in part, presented to the named-parties by My Hand and the Fact(s) relating thereto of said Protest(s) or said Default(s) or other sworn documents(s) bearing my autograph and Official Seal(s) are to the best of my knowledge and belief, True, Correct, and complete, not Misleading, and are in fact, Proof of the named-Parties in Default were OFFICIALLY NOTICED sworn to by My Hand and served on the dates-stated.

I, Corazon G. Espiritu, Notary Public, did verify the authenticity of the claims and RIGHT OF ACTION of said Notary, said Creditor and a foresaid Process, for I, said Notary, did, in full or in part, participate in, and by My Hand notarized and served documents to the named-parties in Default relating to several Notary Protest(s) executed in said county, on said dates indicated and who did provide NOTICE, postage paid pursuant to Creditor's Express Contract-Security-Agreement # DG03171943, under the Law of Merchants in Commerce and pursuant to the following: The <u>TREATIES ON LAW RELATING TO THE OFFICE AND DUTIES OF NOTARIES PUBLIC</u> by John Proffatt, L.L.B, and '<u>SECURED TRANSACTIONS UNDER THE UNIFORM COMMERCIAL CODE Second Edition</u> by Ray B, Henson, and THE UNIFORM LAW ON NOTARIAL ACTS, the '<u>Law of Contracts</u>' the '<u>Law of Nations</u>' and the <u>California Commercial</u> Code Annotated 2004 section §3505-Evidenrce of Dishonor. And finally in conformity with the duties of the Notary as described in the <u>California Notary Journal</u> by the National Notary Associations book <u>Notary Law & Practice Cases and Materials,</u> all said documents, Notary Protest(s) and Default(s) were executed.

I, Corazon G. Espiritu, Notary Public, do hereby attest by this Declaration and sworn affidavit that the Instruments, Notarial Protest, Contracts and the Commercial Instruments and Presentments having affixed a <u>Certificate of Custodian of Documents</u> thereto, are all Documents which are true, correct, and complete copies of the originals that were, in full or in part, issued by My Hand and were part of the Official Notarial Acts executed by Me, Corazon G. Espiritu, Notary Public, who, duly authenticated the process and autographs and who performed the above-stated duties of Notary Public pursuant to California Law. Therefore, by this Sworn DECLARATION BY AFFIDAVIT, I, Corazon G. Espiritu, Notary Public, Affirm that I am willing able to testify and submit any evidence in support thereof that all the Notarial Acts executed, including the Default Judgment notarized by my Hand, are all authentic representations of the originals.

I, said Notary Public do attest by this declaration and sworn affidavit that the documents attached hereto were duly sworn, Notarized, Certified, Verified, and Exemplified, and executed pursuant to law, and that proper identification was made of each signature, autograph, document, and the Capacity and Standing was verified of all named parties who are properly a party to Aforesaid action, having proper Interest in, and Capacity to be a Party to the above-stated Protest and by Private Administrative Process, a Default Judgment



EXHIBIT UCC Financing Statement

entered pursuant to Law exemplified case law at:
**Richelieu & Ontario Navigation Co. vs. Boston Marine Ins. Co... 136 U.S. 408 (1980)**. with Dishonor of Creditors presentments by the above-served Parties, who by Non-Acceptance and Non-performance per UCC § 3-509(3), have finalized this Secured Transaction under **Express Contract** # DG03171943, and have assented to said Judgment and to all Terms and Conditions of said contract # DG03171943 by the Default Judgment and are subject to a Non-Judicial lien.

Pursuant to Title 28. USC 1746(1) and executed "Without the United States" I, Corazon G. Espiritu, Notary Public affirms under penalty of perjury **Under the Laws** of the united States of America that the foregoing is true to the best of my belief and informed knowledge. And further deponent saith not. I now affix my signature and Seal to the above-cited affirmations with EXPLICIT RESERVATION OF ALL RIGHTS INALIENABLE RIGHTS WITHOUT PREJUDICE to any of those rights. Sworn to God as the truth, the whole truth and nothing but the truth this __24__ day of **April**, in the year two thousand Nine, at Yucaipa, California.

Autograph : _Corazon G Espiritu_
                     Notary Public

CORAZON G. ESPIRITU
Commission # 1642885
Notary Public - California
San Diego County
My Comm. Expires Feb 3, 2010

**EXHIBIT ', ' 2⅋2.**

UCC Financing Statement

**Parties:**
**FROM:**
Dennis-Randall: Gray, Affiant
Claimant c/o 711 Mission Ave # 333
Oceanside California [92054]

TO: Respondent-Debtors       LEHMAN BROTHERS BANK, FSB      AURORA LOAN SERVICES
DREXEL LENDING GROUP 3333    C/O Thomas Abbott, Attorney at Law   10350 Park Meadow Drive
Concourse Street, Ste.7102        4375 Jutland Dr.-Suite-200         Littleton. CO. [80124]
Ontario, CA 1764              San Diego, CA [92177]

PITE & DUNCAN, LLP          ROBERT E. WEISS INC.
Thomas Abbott, Attorney at Law    C/O Cris A. Klingerman, Attorney at Law
4375 Jutland Dr.-Suite-200       920 South Village Oaks Dr
San Diego, CA [92177]         Covina, CA, [91724]

**DATE:** April/24/2009

RE: Loan Account #0033798224, executed on February/01/2007 for real estate commonly known as:
954 Surrey Drive, Bonita, California, [91902]

### FOR THE NOTICE OF THE SUBSTITUTION OF THE TRUSTEE

Contract No.DG03171943 AOCL

California      )     **FOR THE NOTICE TO AGENT IS BY THE NOTICE TO PRINCIPAL**
           ) ss **FOR THE NOTICE TO PRINCIPAL IS BY THE NOTICE TO AGENT**
San Diego County  )

I, Dennis-Randall: Gray, herein "Creditor", hereby state that I am competent for the making of the Following-Statements, I, Dennis-Randall: Gray has the First-Hand-Knowledge of the facts stated herein, that they are True, Correct, Complete and not meant for the Misleading and are in the Presentment in the Good-Faith:

1. For the Corporations, entitled UNITED STATES OF AMERICA, UNITED STATES, STATE OF CALIFORNIA, and above named, herein "Debtors," are **Bankrupt** and must operate pursuant to House Joint-Resolution 192, June 5, 1933. The above corporations have been using the credit of Creditor since his birth, **March/17/1943**, without remuneration for the Creditor;

2. For the Creditor has by Accepted all the offers and returned them for the above named Debtors thereby discharging all the Controversy and all the Charges. For the Debtors then Claimed that the charge still exists and therefore they are liable for the Debt.

3. For the Creditor has by accepted all the offers and Claims issued by the Debtors and returned them towards the Debtors for the Proper-Processing. For the Debtors has failed for the Provide of a remedy and is by **Operating outside** of the **UNITED STATES Bankruptcy** and is a Criminal-Offense;

4. For the Debtors are by the Holding of the discharging instrument, but has failed for the provide for the Creditor with a Copy of the 1099 Original Issue Discount, therefore Debtors are **TAX DELINQUENT** since the Claim is by the Consideration to be Creditor's exemption;

5. For the Creditor has by the timely Notified of the Debtors and has Properly-Commenced and Concluded of Perfected Security interest against the Debtors. For the Perfected-Security interest-Contract-No.DG03171943 AOCL herein "Contract," includes all the Notices and including of a Certificate of the Dishonor herein "Information," issued by a Public-Official.

UCC Financing Statement   

## For the Terms and Conditions

6. For the Timothy Franz Geithner, for the Chapter ~11, Bankruptcy-Trustee for the UNITED STATES, is hereby given a final Opportunity for the implementation an the Acceptance for the Honor if the Timothy Franz Geithner wishes for the Saving of the Honor of the Debtors by the Giving for the Creditor of a remedy. In the event Timothy Franz Geithner does not wish for the saving of the Honor of the Debtors, it will constitute of the Timothy Franz Geithner consent for the Substitution of a Trustee, whereas the Creditor will by the designate of an Assignee of the Creditor choice for the Liquidation of all Debtor's-Property in a Foreign-Proceeding Pursuant for the Contract-No. DG03171943;AOCL

7. For the Debtor has Ten (10) days of the date of the Postmark on this Mailing for the Provide remedy regarding of this Matter. In the event of the Debtor fails for the Provide of a remedy, For the Creditor will accept evidence of the Debtors'-dishonor as a refusal for the Volunteer into the Bankruptcy remedy whereby the Debtors will be Stripped of all Immunity that the UNITED STATES Public-Policy may have otherwise afforded the Debtors. Upon the dishonor, for the Debtors are in the agreement in the Alternative for the Involuntary-Bankruptcy that will be initiated on the Debtors in a Private-Capacity;

8. In the event Debtors of the dishonors, Debtors agrees for the provide of a BANKRUPTCY FORM 5 in the accord with the 11 USCA 303 which is a Property-Description-List of all the Property held in the Debtors' names. For the Creditor will take of the equity and Place it for Sale and Proceed for the Liquidate of the Personal-Property for the Settlement of this Account. For the Debtors additionally agrees to be placed on a UCC-1 Financing Statement as DEBTOR attaching it to a Declaration of Involuntary Bankruptcy and a lis of the Debtors' Collateral. Upon the filing of the UCC-1 form with the Secretary of the State of the California, for the Liquidation and disposition of the Property will be Executed Immediately.

Dated this 09 of April, 2009. _____DENNIS-RANDALL: GRAY:_____
Dennis-Randall: Gray

## CALIFORNIA ALL PURPOSE ACKNOWLEDGEMENT

State of California
County of San Diego

On __4/24/09__ before me, by __Corazon G. Espiritu, a Notary Public__
Name and Title of Officer (Notary)

Personally appeared-Names of Signer (s) Dennis-Randall: Gray

Who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies). And that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I Certify under PENALTY OF PERJURY under the Laws of the State of California that the foregoing paragraph is true and correct

WITNESS my hand and official seal.

_____Corazon G. Espiritu_____
Signature of Notary Public

CORAZON G. ESPIRITU
Commission # 1642885
Notary Public - California
San Diego County
My Comm. Expires Feb 3, 2010

UCC Financing Statement       EXHIBIT N. 292.

**Parties:**
**FROM:**
Dennis-Randall: Gray, Affiant Claimant
c/o 711 Mission Ave #333
Oceanside California [92054]

Trustee of the US
Department of the Treasury
Timothy Franz Geithner, Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington D.C. 20220

**TO: Respondent-Debtors**
DREXEL LENDING GROUP 3333
Concourse Street, Ste.7102
Ontario, CA 1764

LEHMAN BROTHERS BANK, FSB
C/O Thomas Abbott, Atty. at Law
4375 Jutland Dr.-Suite-200
San Diego, CA [92177]

AURORA LOAN SERVICES
10350 Park Meadow Drive
Littleton, CO, [80124]

PITE & DUNCAN, LLP
Thomas Abbott, Attorney at Law
4375 Jutland Dr.-Suite-200
San Diego, CA [92177]

ROBERT E. WEISS INCORPORATED
C/O Cris A. Klingerman, Atty. At Law
920 South Village Oaks Dr
Covina, CA, [91724]

**DATE:** April/24/2009
RE: Loan Account #0033798224, executed on February/01/2007 for real estate commonly known as:

### FOR THE SUBSTITUTION OF THE TRUSTEE
Contract No.DG03171943

| | | |
|---|---|---|
| California | ) | **NOTICE TO AGENT IS NOTICE TO** |
| | ) ss | **PRINCIPAL NOTICE TO PRINCIPAL** |
| San Diego County | ) | **IS NOTICE TO AGENT** |

I, Dennis-Randall: Gray, herein "Creditor", hereby state that I am competent for the making of the Following-Statements, I, Dennis-Randall: Gray has the First-Hand-Knowledge of the facts stated herein, that they are True, Correct, Complete and not meant for the Misleading and are in the Presentment in the Good-Faith:

For the Creditor as the beneficiary hereby the Appoints of the Carol B. Cruz, is an Unincorporated Foreign-Corporation, as the Successor in the Chapter 7-Trustee under the Deed of Trust-Contract-No.20070101097 executed by DREXEL LENDING GROUP etal as Debtor; in which Maria R. Metcalf is named as Creditor, and under the Contract/Treaty" 253811350; whereby Timothy Franz Geithner is the Name as the Chapter-11-Trustee of the UNITED STATES Bankruptcy.

**WHEREAS,** the undersigned is the present Creditor under this Contracts and,
**WHEREAS,** the undersigned desires to substitute a new Trustee under said Contract in the place and stead of said original Trustee there under.

**NOW, THEREFORE,** the undersigned hereby substitutes **Carol B. Cruz,** is an Unincorporated Foreign Corporation, 1462 Santa Sierra Dr. Chula Vista, California, [91913]

Dated this 24 of March, 2009.        _Dennis-Randall: Gray:_

Dennis-Randall: Gray, Creditor

# EXHIBIT 'O' 1082

UCC Financing Statement

# CALIFORNIA ALL PURPOSE ACKNOWLEDGEMENT

State of California

County of San Diego

On _4/24/09_ before me, by _Corazon G. Espiritu, a Notary Public_
Name and Title of Officer (Notary)

Personally appeared-Names of Signer (s) Dennis-Randall: Gray

Who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies). And that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I Certify under PENALTY OF PERJURY under the Laws of the State of California that the foregoing paragraph is true and correct WITNESS my hand and official seal.



Signature of Notary Public

CORAZON G. ESPIRITU
Commission # 1642885
Notary Public - California
San Diego County
My Comm. Expires Feb 3, 2010

# EXHIBIT 'O' 2 of 2.

UCC Financing Statement

## CERTIFICATE OF SERVICE

On April 19, 2012, I, do hereby certify that I am over the age of eighteen (18), and not an interested party to the above referenced issue, and I sent by email as agreed to by plaintiff's counsel, a true and correct copy of the following document:

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR MOTION FOR SUMMARY JUDGMENT, MOTION IN OPPOSITION TO SUMMARY JUDGMENT**

**Declaration of Dennis-Randall: Gray:**


Justin D. Balser, Esq.
AKERMAN SENTERFTIT, LLP
725 South Figueroa Street
Los Angeles, CA 90017-5433


Andrew H. Hall
1400 Wewatta Street, Suite 500
Denver, CO 80202

By Email to: justin.balser@akerman.com

Email to: andrew.hall@akerman.com


I certify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on April 19, 2012, at Oceanside, California.



– 10 –

OPPOSITION TO MOTION FOR SUMMARY JUDGMENT